E-FILED
Friday, 09 January, 2015  11:49:43 AM
Clerk, U.S. District Court, ILCD

ELi GOODMAN, et al
Defendants.

v.

ELZIE JOHNSON,
PlaintiFF.

CASE NO. 3:13-CV-03368 Sem-BGC

**FILED**

JAN 0 9 2015

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

PLAINTIFF SUMMARY JUDGMENT RESPONSE OF
DEFENDANT ELi Goodman M.D.

1. DR. Goodman was not my Attending Physician when
I First was seen by A Doctor At the JACKSONVILLE
Correctional Center, Exhibit 1, 2, 3, will Show the Court
This Clearly.          Med-Records No. 44-45-46

(DR. ELi Goodmans) First time ever being Examined by
By him was on-or-about 1-24-13 And 1-27-13
while Admitted in PRISONS INFIRMARY, Then Discharged.
                    Exhibits (med-Records No. 49-50-52-53-54-56
And 58.

Plaintiff only Found out that his First Meds was Discontinued
after Discharge From Prisons Infirmary, were, Patient
has to Pick-up All medications at Dispincery Window
And was Told That, Your 81 mg Asprin was Discontinued.
             ON or About 1-27-13 1-28-13

(2). Plaintiff Tried Speaking to Dr. Goodman about why did he Discontinued his Asprin, his Response to me was Simply, I don't have to Explain myself to you.

I Then wrote A Institutional Request Slip to Health Care Administrator "Becky Sudbrink" Asking if She would find out why Dr. Goodman discontinued my Meds And what his Response to me was when I Spoke to him about it, Know Response.

I Then filed my first Grievance Concerning the matter of The 81mg Asprin on-or-about 2-15-13, And Counselor Jeremy J. Killebrew was my Unit's Counselor And This Employee did not Process that Grievance, Which is why I Named him as A Defendant.

In April, While Picking up my 10mg Norvasc for my HyperTention/High Blood Pressure I found That I only have 10 pills in the Bubble Pack, when I asked the Nurse why This was, She Stated, It's been Discontinued.

Each time I Refused to Be Seen By Dr. Goodman or Any of the Nurses, They Are filling in Assesments on me without An Examination, See All Refusals.

Exhibit Enclosed

Plaintiff believes That Dr. Goodman took exception to
having Grievances wrote against him is reason why
Said Defendant Discontinued Second Medication,
which he had Know way of Knowing weather my
Blood Pressure was High or Low because I had
Started Refusing All Treatment by Him.

Finally, One of The Grievances was Answered By
Counselor Steven R. Shipley As Grievance Officer
And his Findings were,
            Dr. Goodmans Responded by Saying that he did
Not Continue my hypertention Medicine At that
time, but did discontinue THE Aspirin.
Also States That Plaintiff Refused HEP C. Clinic which
would have been An Opportunity to reassess my High
Blood Pressure.  see Grievance officers Report (Exhibit 24

(4) Plaintiff Answer is This,
        Grievance Conserning Aspirin was Answered
by Institution Several Months after it was written,
and it did not happen As is being Mentioned,
    Dr. Goodman "Did" Discontinue Offenders High
Blood Pressure Medication STARTING IN April 2013.
Plaintiff can not Show Exhibits of Grievance
because Correctional Counselor's who were charged
with Investigating it, would not Process it.

Dr. Goodmans Attorneys ARE wrong for Telling this court
that during A Hep-C Clinic Dr. Goodman could have
Evaluated my High Blood Pressure/Hypertention at That
time, Yes it could have "But" That is Not the Practising
Rules of The Illinois Department of Corrections,

Fact:    You Are oNly to be Evaluated for what you ARE
there to be Seen for', AnyThing Else other Than what
you are There for, you hAve to put IN A Sick-CAll
Request/or Sign-up for Sick-CAll about it,!
        See Medical Director Rules coNcerNing This
Procedure.

(5)    I, PlainTiFF Elzie Johnson had to Simply Forward A
Handwritten Grievance To, About My Medical Situation
to The Director of The Illinois DeparTmeNT of Corrections
S.A. Godenez And Their AdminisTrative Review Board/
Office of Inmate Issues, Explaining How Administrators
was tAking UnfAir AdvanTage of my Grievance
Exhaustion RequiremenT making remedy UnavaiLable
to me Under the PRISON liTigation Reform Act, 1995,
7, 42 U.S.C.A. E1997c.
        Responses to GrievaNces
        AdminisTrative Review Board
               Exhibit. No 13. 16. 14. 15 .25 .26 23.24.18. 19
20. 21. 22. 6. 7. 8. 9. 138. 05.

2.18.13 PlainTiff Refused A Clinic for Hep-C, which
At that time had not been explained to me, "And, I was
trying to find out why Dr. Goodman Discontinued my
81mg Aspirin.
             See Exhibit. 48      1-24-13 to 2/18/13
                                        Medical Refusal Slips


Explaination to the Court About Refusals,
      They, Nurses + Correctional Officers All
have you Sign your Name At Bottom + Top of Sheet,
Then, They write in what They want to, As will
Show on Most of The Refusal Sheets.
      Exhibit's Starting Refusals - 110, 59, 60


(7).  5/13/13 PlainTiff had Clinic Exame by Nurse before
Seeing MD, from on or About 2-8-13 Until
5/13/13 PlainTiff was Never brought over to the
health Care Unit for "A Series of Blood Pressure
Checks to Determine if Pressure was High or
Low, During That time Defendant was Deliberate
Indiffert to my Medical Needs, And was being
Retalitory towards me for filleng Grievances
Against Him. See Full Medical Records

PlainTiFF was being Examined by DR. Goodman at that time AND, When I Start Explaining All the Systems I was having Plus Almost Black-out Spells And Shortages of Breath, DR. Goodman Simply STATED, "I Just Don't SEE it, I Just don't see it.

I Then Asked DR. Goodman At That-time IF I was finally Cured of HyperTenTion / High Blood Pressure, AND This HEAlth CARE Prouider would Not Respond.

I Then Got up And left DR. Goodmans OFFice Desiding NEVER to See him again. Exhibits - 124, 68, 66, 67

8) 5/21/13 PlainTiFF was cAlled to HEAlth CARE Dept. about Hep A/B Uac Series, PlainTiFF Signed Refusal, Explaining Why, See Exhibits - 123/123, 62

6/4/13 PlainTiFF CAlled to HEAlth CARE once again, ASK to Signed medical Refusal Slip, PlainTiFF Signed Sheet HEAlth CARE PERSONEl WROTE IN treatment Space what They WANted. Exhibit - 124

7-8-13 PlainTiff Refused LAB DRAW, Correctional Officer And Nurse WAS IN DisAgreement About me Explaining on The Refusal Sheet Why I was Refusing.
    See Exhibit-69, 125

7-24-13 PlainTiff Called to Health CARE Refused TREATment, Explained Why
    See Exhibit-126, 70

(10) 7-25-13 PlainTiff WAS FINAlly called over to the Health CARE UNit to SPEAK with "HEAlth CARE Adm. Becky Sudbrink, I Refused At That time!
    Exhibit-127, 71

(11) 7-29-13 Asstt. WARDEN of Programs had HEAlth CARE Administrator Becky Sudbrink Call me over to See DR. Goodman For HyperTention/High Blood Pressure Problem. HAd me to Sign Consent form, I Did. Exhibit-128

After Once Again Explaining my Symptoms And feelings that I was having to DR. Goodman I was Told That I don't have High Blood Pressure HyperTention, I Left Doctor's Office.

Signed Refusal.
    See Exhibits 128, 72, 73, 74

(12)  Plaintiff Sought Relief from United States
District Court After Exhausting Grievance
Process.
    Defendant's After being made Aware that
my Grievance Effort's was being taken Advantage
of Still would not Consider Plaintiff's Complaint;
Director of The Illinois Department of Corrections
was Appealed to, Nothing was Considered.
    See Grievance Exhibits - 6, 7, 8, 9, 5, 13, 14, 15, 16, 17
18, 19, 20, 21, 22, 23, 24, 25, 26, 29, 30, 31, 32,

(13).  Plaintiff Continued to Refuse Treatment of Any Kind
from Dr. Goodman because, he was not Interested
in my well being After My first filing of A Grievance,
And it Continued, Also Dr. Goodman was The Only
Doctor At facility for well over 1year.

Exhibits: 8-8-13 →75  79, 77, 78, 80, 82, 83,  129, 130, 131, 132, 133,
             Page/Date

(14).  Plaintiff was called to Health Care Unit And was Asked by
Defendant Becky Sudbrink if I would like to see The
1-2-14 Visiting Nurse Practioner Today And I Immediately Agreed.
Xhibits; 85, 87, 88, 89. 90   137

NURSE Practioner Prescribed Vasotec 2.5mg that Day And Also Explained to me about Hepatitus C Treatment And I Agreed.

April/2014 After I Seen This Practioner Plaintiff Unexpectly was Transfered to the East Moline C.C. And was Seen by DR. RANKIN, who Immediately Raised my Dosage to 20 mgs of Lisinopril.

Plaintiff Respectfully Request Your Honor to Consider His Request for An Expert Witness/Doctor who will Explain to the Court Some of These Major Medical Points? Also Department of Corrections Procedure Concerning Blood Pressure Checks And If An Inmate Can Refuse Medical Treatment without Signing A Refusal Sheet "OR", Medical Staff having another Employee Witness Inmate Refusing to Sign And Both of Them Together Acknowlege That by Signing it Themselves.

Plaintiff NOT ONLY would like The Court to Rule on This Complaint IN his Favor but Also All other Defendants be held Responsible to.

## Medical Services Refusal

☐ Employee/

Jacksonville Correctional _____ Center

☐ Offender

Patient Information:

Date: 2 / 8 / 13

☐ a.m.

Time: 9 : A m  ☐ p.m.

JOHNSON          Elzie          ID#: A62145
   Last Name              First Name          MI

---

☑ **Refusal of Services**

Myself

I refuse to authorize the performance upon myself or _____
                                                        Name of Patient

of the following treatment _____ Elzie Johnson A62145 / HepC Clinic
                                  State nature and extent of treatment.

☐ **Discharge Demand**

I further demand DISCHARGE of myself or _____
                                              Name of Patient

from _____ against the advise of Dr. _____
        Name of Medical Facility                                    Name of Doctor

---

Dr. _____ has explained the risks to me, possible complications and probable
        Name of Doctor

consequences of refusing treatment or demanding discharge from this medical facility or both.

Jacksonville Correctional Center

I hereby release the Attending Physician, the _____, the Facility, and
                                                Name of Medical Facility

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this

refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL

FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring

insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

Elzie Johnson
    Print Name of Patient

_____
    Signature of Patient

2 / 18 / 13
    Date

When patient is a Minor or Incompetent to give consent:

_____
Print Name of Person Authorized to Consent

_____
Signature of Person Authorized to Consent

_____ / _____ / _____
            Date

_____          _____          _____ / _____ / _____
   Print Name of Witness                 Signature of Witness                     Date

ILLINOIS DEPARTMENT OF CORRECTIONS

## Medical Services Refusal

Jacksonville Correctional Center

☐ Employee/

☐ Offender

**Patient Information:**

Johnson                Elzie                        ID#: A62145
Last Name              First Name        MI

Date: 5/21/13
☒ a.m.
Time: 1140
☐ p.m.

---

☒ **Refusal of Services**

Myself

I refuse to authorize the performance upon myself or_____
Name of Patient

of the following treatment _____ Hep A/B Vac Series _____
State nature and extent of treatment.

---

☐ **Discharge Demand**

I further demand DISCHARGE of myself or_____
Name of Patient

from _____ against the advise of Dr. _____
Name of Medical Facility                                    Name of Doctor

---

Dr. _____ has explained the risks to me, possible complications and probable
Name of Doctor

consequences of refusing treatment or demanding discharge from this medical facility or both.

Jacksonville Correctional Center

I hereby release the Attending Physician, the _____, the Facility, and
Name of Medical Facility

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this

refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL

FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring

insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

Elzie Johnson
Print Name of Patient

_____
Signature of Patient

5/21/13
Date

_____
Print Name of Witness

When patient is a Minor or Incompetent to give consent:

_____
Print Name of Person Authorized to Consent

_____
Signature of Person Authorized to Consent

_____
Date

_____
Signature of Witness

5/21/13
Date

ILLINOIS DEPARTMENT OF CORRECTIONS

## Consent for Medical Treatment

Jacksonville _____ Center

Date: 4/2/14
Time: 1130 ☐ a.m. ☒ p.m.

Patient information:
Johnsn     Elzie     A6245
Last Name     First Name     MI     ID#: _____

☒ I authorize the performance upon ___MYSELF___ of the following treatment:
_Myself or Name of Patient_

will see NP today to discuss
_state the nature and extent of treatment_

Treatment options / medical problems

to be performed by Dr. ___NP PawBarber___ or whomever he or she may designate
_Name of Physician_

as his or her assistants.

☒ The nature and extent of the intended treatment has been explained to me in detail, including its risk, possible complications, and

probable consequences by Dr. _____.
_Name of Physician_

I acknowledge that no guarantee or assurance has been made as to the results that may be obtained.

☒ I certify that I have read and fully understand the above Consent to Treatment, that the EXPLANATIONS therein referred to were

made, and that all blanks or statements requiring insertion or completion were filled in.

Johnsn
_Print Name of Patient_

_Elzid Johnson_
_Signature of Patient_

4/2/14
_Date_

When patient is a Minor or incompetent to give consent:

_____
Print Name of Person Authorized to Consent

_____
Signature of Person Authorized to Consent

___/___/___
Date

_____
Print Name of Witness

_____
Signature of Witness

___/___/___
Date

Distribution: Patient's Medical Record

_Printed on Recycled Paper_

DOC 0094 (Eff. 9/2002)
(Replaces DC 7136-A)

DEF : 80137

| Inmate/Resident/Release Name | | | | Register Number | Current Classification |
|---|---|---|---|---|---|
| JOHNSON, ELZIE | | | | A62145 | 3-A-L |
| Counselor/Agent Name * | | | | | |
| FULTON, ROBERT J. | | | | | |

| Date/Time | Location | Type | Method | Staff/Title * |
|---|---|---|---|---|
| 4/14/2014 09:39:38 | HOUSING UNIT 1/EMO | Personal | Face To Face | FULTON, ROBERT J., Correctional Counselor II |
| Comments: | submitted telephone lists and forwarded to Carl Clark CSS | | | |
| 4/11/2014 12:44:42 | MAILROOM/EMO | Collateral | Other | COUTTEAU, LORI J., Office Assistant |
| Comments: | Sent legal mail to Uptown Law Center, Chicago. Sent legal mail to U. S. District Court, Springfield. | | | |
| 4/10/2014 14:51:16 | ORIENTATION/EMO | Personal | Face To Face | HUMPHREY, AUDREY, Correctional Counselor II |
| Comments: | Offender participated in Orientation process and was provided with the Orientation Manual. Issued Orientation Manual in Spanish to Offenders with poor English skills. Offenders signed for manuals. Offender Pre-Release Identification Checklist initiated. Provided Telephone Pin # form and Visiting List form and explained procedures. All Offenders were informed of House Bill 569 and explained process for application. | | | |
| 3/25/2014 11:30:03 | HOUSING UNIT 5/JAC | Personal | Face To Face | ROBINSON, SARAH E., Correctional Counselor II |
| Comments: | I/M states he has a court order granting him copies of every grievance he has written at Jacksonville. I/M states that the clothing supervisor will not honor his request for the exchange of whites. I/M states he has grieved this issue. | | | |
| 2/7/2014 13:43:30 | HOUSING UNIT 5/JAC | Personal | Face To Face | SHIPLEY, STEVEN R., Human Resources Representative |
| Comments: | Came in on Warden's call line- complained about me, clothing, medical issues, copies of grievances, etc | | | |
| 1/30/2014 10:01:43 | HOUSING UNIT 5/JAC | Personal | Face To Face | SHIPLEY, STEVEN R., Human Resources Representative |
| Comments: | Stopped by office - said he is good | | | |
| 1/8/2014 10:52:28 | HOUSING UNIT 5/JAC | Personal | Face To Face | SHIPLEY, STEVEN R., Human Resources Representative |
| Comments: | Called for contact - he became very insolent and said he doesn't like me and doesn't ever want to talk to me. Threatened me by saying, "you wait 'til I talk to this Warden! We'll see then!" Attempted to explain I have to contact him periodically but he just kept talking loudly over the top of me. | | | |
| 12/2/2013 11:48:26 | HOUSING UNIT 5/JAC | Personal | Face To Face | SHIPLEY, STEVEN R., Human Resources Representative |
| Comments: | Handed me a grievance | | | |
| 11/25/2013 12:21:32 | HOUSING UNIT 5/JAC | Personal | Face To Face | SHIPLEY, STEVEN R., Human Resources Representative |
| Comments: | Complained about the grievance process and asked who the grievance officer is | | | |
| 10/29/2013 11:16:23 | HOUSING UNIT 5/JAC | Personal | Face To Face | SHIPLEY, STEVEN R., Human Resources Representative |
| Comments: | Asked about his grievances - being processed | | | |
| 9/16/2013 10:48:25 | HOUSING UNIT 5/JAC | Personal | Face To Face | BROWN, SHEILA R., Business Manager |
| Comments: | Called in for contact. He said he file a grievance the other day about dietary. I explained that if he put it in the box, I have it and will review it. | | | |
| 8/5/2013 14:35:30 | CASEWORK SUPERVISORS OFFICE/JAC | Personal | Other | O'DONNELL, DENNIS D., Correctional Casework Supervisor |
| Comments: | Sent Grievance to inmate that was returned from ARB. | | | |
| 7/31/2013 11:18:05 | HOUSING UNIT 5/JAC | Personal | Face To Face | BROWN, SHEILA R., Business Manager |
| Comments: | Offender refused to see counselor when called by Officer. Officer escorted myself to his room, I asked if needed anything, he said no. | | | |
| 5/31/2013 15:22:12 | COMMISSARY/JAC | Personal | Face To Face | KILLEBREW, JEREMY J., Correctional Counselor II |
| Comments: | Offender seen in commissary. Doing ok. | | | |
| 3/25/2013 11:37:03 | HOUSING UNIT 5/JAC | Personal | Face To Face | KILLEBREW, JEREMY J., Correctional Counselor II |
| Comments: | Offender seen in housing unit. Doing ok. | | | |
| 12/31/2012 15:00:13 | HOUSING UNIT 5/JAC | Personal | Face To Face | KILLEBREW, JEREMY J., Correctional Counselor II |
| Comments: | seen in housing unit. doing ok | | | |
| 11/14/2012 10:50:48 | HOUSING UNIT 5/JAC | Collateral | Other | KILLEBREW, JEREMY J., Correctional Counselor II |
| Comments: | Received request for phone list. | | | |
| 11/6/2012 11:30:57 | HOUSING UNIT 5/JAC | Collateral | Other | ROBINSON, SARAH E., Correctional Counselor II |
| Comments: | Per his request a copy of his mitt was sent to him in the institutional mail | | | |
| 10/30/2012 14:52:07 | ORIENTATION/JAC | Personal | Face To Face | PATE, KATHY J., Correctional Counselor II |
| Comments: | Offender participated in Orientation process and was provided with the Orientation Manual. Issued Orientation Manual in Spanish to Offenders with poor English skills. Offenders signed for manuals. Offender Pre-Release Identification Checklist initiated. Provided Telephone Pin # form and Visiting List form and explained procedures. All Offenders were informed of House Bill 569 and explained process for application. PREA was discussed in new IDOC dvd shown to class. | | | |

4/16/2014

Page 1 of 9

*Assigned Counselor/Agent and Staff's title is current as of the date of this report, not the date of the counseling summary.

DOC 1711 (Rev. 10/86) PC Generated

## Medical Services Refusal

Jacksonville Correctional _____ Center

Employee/
☒ Offender

Date: 7 / 8 / 13

Time: 11:10  ☒ a.m.  ☐ p.m.

**Patient Information:**

Johnson                    Elzie                    ___  ID#: A62145

Last Name            First Name            MI

---

☒ **Refusal of Services**

Myself

I refuse to authorize the performance upon myself or_____

Name of Patient

of the following treatment Labs (CMP CBC PT)

State nature and extent of treatment.

---

☐ **Discharge Demand**

I further demand DISCHARGE of myself or_____

Name of Patient

from _____ against the advise of Dr. _____

Name of Medical Facility                    Name of Doctor

---

Dr. _____ has explained the risks to me, possible complications and probable

Name of Doctor

consequences of refusing treatment or demanding discharge from this medical facility or both.

Jacksonville Correctional Center

hereby release the Attending Physician, the _____, the Facility, and

Name of Medical Facility

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this

refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL

ACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring

insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

Refused to sign

Johnson Elzie

Print Name of Patient

_____

Signature of Patient

_____ / _____ / _____

Date

C10 Jordan 2728

Della Roadhouse

Print Name of Witness

When patient is a Minor or Incompetent to give consent:

_____

Print Name of Person Authorized to Consent

_____

Signature of Person Authorized to Consent

_____ / _____ / _____

Date

Della Roadhouse

Signature of Witness

7 / 8 / 13

Date

Distribution: Patient's Medical Record or File          Printed on Recycled Paper                    DOC 0083 (Rev. 2/2004)

☐ Employee/
☒ Offender

Date: 6,4,13
Time: 0900  ☒ a.m.  ☐ p.m.

**Patient Information:**

Johnson _____ Elzie _____ ID#: A62145
Last Name      First Name      MI

☒ **Refusal of Services**

MYSELF

I refuse to authorize the performance upon myself or _____
Name of Patient

of the following treatment Hepatitis A and Hepatitis B Vaccination Series
Signature and extent of treatment.

Notes " I don't the br. is making me" (indigent Collaterally) to

☐ **Discharge Demand** my medical needs

I further demand DISCHARGE of myself or _____
Name of Patient

om _____ against the advise of Dr. _____
Name of Medical Facility                    Name of Doctor

Dr. Goodman _____ has explained the risks to me, possible complications and probable
Name of Doctor

consequences of refusing treatment or demanding discharge from this medical facility or both.

I hereby release the Attending Physician, the _____ Jacksonville Correctional Center _____ , the Facility, and
Name of Medical Facility

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this

refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL

CILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring

insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

Elzie Johnson
Print Name of Patient

Elzie Johnson
Signature of Patient

6 , 4 , 13
Date

When patient is a Minor or Incompetent to give consent:

_____
Print Name of Person Authorized to Consent

_____
Signature of Person Authorized to Consent

_____ / _____ / _____
Date

WILL MARSHALL RN
Print Name of Witness

_____
Signature of Witness

6 , 4 , 13
Date

I Refuse to be Treated by Dr. Goodman because I've Filed A Grievance against him And he does'nt have my best Intrest At Heart.

X Elgie Johnson A62145

DEF 00133

## Medical Services Refusal

_____ JACKSONVILLE CORRECTIONAL _____ Center

☐ Employee/

☐ Offender

Date: 7 /24 /13

Time: 950   ☐ a.m.  ☐ p.m.

**Patient Information:**

Johnson _____ Elzie _____ ID#: A62145
Last Name          First Name          MI

---

☐ **Refusal of Services**  Because I have a Grievance against DR. Goodman
And Jacksonville Health Care Service MYSELF All Parties, And The
I refuse to authorize the performance upon myself of
Issue has Not Been Resolved  Hep B Vaccine #2 inj.
of the following treatment _____
Name of Patient
State nature and extent of treatment.

---

☐ **Discharge Demand**

I further demand DISCHARGE of myself or_____
Name of Patient

from _____ against the advise of Dr. _____
Name of Medical Facility                          Name of Doctor

---

Dr. _____ has explained the risks to me, possible complications and probable
Name of Doctor

consequences of refusing treatment or demanding discharge from this medical facility or both.

I hereby release the Attending Physician, the _____ Jacksonville Correctional Center _____, the Facility, and
Name of Medical Facility

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this

refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL

FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring

insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

Elzie Johnson
Print Name of Patient
                                    A62145

_____
Signature of Patient

7 , 24 , 13
Date

M. Wanning RN
Print Name of Witness

When patient is a Minor or Incompetent to give consent:

_____
Print Name of Person Authorized to Consent

_____
Signature of Person Authorized to Consent

__ / __ / __
Date

_____   7 , 24 , 13
Signature of Witness           Date

_____ JACKSONVILLE CORRECTIONAL _____ Center

☐ Employee/

☒ Offender

Date: 7, 25, 13

Time: 11:40   ☒ a.m.   ☐ p.m.

**Patient Information:**

JOHNSon   Elzie   A 62-148

Last Name   First Name   MI   ID#: _____

☒ **Refusal of Services**
F'Ue Continuely Told These Administrators That I'am Sick They hau'nt caMYSELFeuenThough IUefiled

I refuse to authorize the performance upon myself or _____
Name of Patient

of the following treatment Hypertension clinic /A65 and Hypertension Clinic
State nature and extent of treatment.

2 - Greivances.

☐ **Discharge Demand**

I further demand DISCHARGE of myself or_____
Name of Patient

_____ against the advise of Dr. _____
Name of Medical Facility   Name of Doctor

Dr. _____ has explained the risks to me, possible complications and probable
Name of Doctor

consequences of refusing treatment or demanding discharge from this medical facility or both.

I hereby release the Attending Physician, the _____ Jacksonville Correctional Center _____, the Facility, and
Name of Medical Facility

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this

refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL

CILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring

insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

Elzie Johnson
Print Name of Patient

Elzie Johnson
Signature of Patient

7, 25, 13
Date

Becky Suttink
Print Name of Witness

When patient is a Minor or Incompetent to give consent:

_____
Print Name of Person Authorized to Consent

_____
Signature of Person Authorized to Consent

_____
Date

_____
Signature of Witness

7, 25, 13
Date

**Consent for Medical Treatment**

Jacksonville _____ Center

Date: 1/26/13

Time: 1 30 px ☐ a.m. ☒ p.m.

Patient information:

JoHNSon Elzie _____ A62145
Last Name _____ First Name _____ MI _____ ID#: _____

☒ I authorize the performance upon _____ Elzie JoHNSon _____ of the following treatment:
Myself or Name of Patient

Hyperteansian Clinic
state the nature and extent of treatment

to be performed by Dr. _____ GooDme _____ or whomever he or she may designate
Name of Physician

as his or her assistants.

☒ The nature and extent of the intended treatment has been explained to me in detail, including its risk, possible complications, and

probable consequences by Dr. _____
Name of Physician

I acknowledge that no guarantee or assurance has been made as to the results that may be obtained.

☒ I certify that I have read and fully understand the above Consent to Treatment, that the EXPLANATIONS therein referred to were

made, and that all blanks or statements requiring insertion or completion were filled in.

Elzie JoHNSon _____ Elzie Johnson _____ 7.29/3
Print Name of Patient _____ Signature of Patient _____ Date

☐ When patient is a Minor or incompetent to give consent:

_____ _____ / /
Print Name of Person Authorized to Consent _____ Signature of Person Authorized to Consent _____ Date

_____ _____ / /
Print Name of Witness _____ Signature of Witness _____ Date

Distribution: Patient's Medical Record

Printed on Recycled Paper

DOC 0094 (Eff. 9/2002)
(Replaces DC 7130-A)

*[handwritten in left margin]* I Stoped The Services

*[handwritten in left margin]* Explained my Illness But DR. Goodman Just Does'nt STATEd HE see IT

DEF : 00128

**Medical Services Refusal**

Jacksonville Correctional _____ Center

☐ Employee/

☒ Offender

Date: 8/8/13

Time: 110 ☐ a.m. ☒ p.m.

Patient Information:

Johnson Elzie
Last Name        First Name        MI

A602145
ID#:

☒ Refusal of Services. I will not HAVE ANYThING to Do with DR Goodman unTil my Grievance Issue is compleTed

I refuse to authorize the performance upon myself or_____ Myself
Name of Patient

of the following treatment _____ MDSe Clinic
State nature and extent of treatment.

☐ **Discharge Demand**

I further demand DISCHARGE of myself or_____
Name of Patient

from _____ against the advise of Dr. _____
Name of Medical Facility                    Name of Doctor

Dr. _____ RN _____ has explained the risks to me, possible complications and probable
Name of Doctor

consequences of refusing treatment or demanding discharge from this medical facility or both.

Jacksonville Correctional Center

I hereby release the Attending Physician, the _____, the Facility, and
Name of Medical Facility

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this

refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL

FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring

insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

Elzie Johnson
Print Name of Patient

Elzie Johnson
Signature of Patient

8, 8, 13
Date

When patient is a Minor or Incompetent to give consent:

_____
Print Name of Person Authorized to Consent

_____
Signature of Person Authorized to Consent

_____ / _____
Date

Print Name of Witness

Signature of Witness

8, 8, 13
Date

## Medical Services Refusal

Jacksonville Correctional _____ Center

**Employee/**

**☑ Offender**

Date: _9_ / _30_ / _13_

Time: _11:40_ ☐ a.m. ☐ p.m.

**Patient information:**

Last Name: _JOHNSON_   First Name: _ELZIE_   MI: ____   ID#: _A62145_

---

**☒ Refusal of Services**

Myself

I refuse to authorize the performance upon myself or _____
                                                          Name of Patient

of the following treatment _FLU SHOT_
                            State nature and extent of treatment.

---

**☐ Discharge Demand**

I further demand DISCHARGE of myself or _____
                                           Name of Patient

from _____ against the advise of Dr. _____
      Name of Medical Facility                        Name of Doctor

---

Dr. _____ has explained the risks to me, possible complications and probable
      Name of Doctor

consequences of refusing treatment or demanding discharge from this medical facility or both.

Jacksonville Correctional Center

hereby release the Attending Physician, the _____, the Facility, and
                                             Name of Medical Facility

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this

refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL

ACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring

insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

_Elzie Johnson_
Print Name of Patient

_Elzie Johnson_
Signature of Patient

_9 , 30 , 13_
Date

When patient is a Minor or Incompetent to give consent:

_____
Print Name of Person Authorized to Consent

_____
Signature of Person Authorized to Consent

___ / _10-1_ Date _13_ _11:16_ RCVD

_____
Print Name of Witness

_____
Signature of Witness

_9 , 30 , 13_
Date

## Medical Services Refusal

Jacksonville Correctional _____ Center

☐ Employee/

☐ Offender

Date: 12 / 5 / 13

Time: 9:30   ☒ a.m.  ☐ p.m.

**Patient Information:**

Johnson    Elzie    ID#: A62145
Last Name    First Name    MI

---

☒ **Refusal of Services**

I refuse to authorize the performance upon myself or _Elzie Johnson_ Myself
Name of Patient

of the following treatment _UNTil My ISSUE with Doctor Eli Goodman is Resolved._
Nep A + Hep B Vaccine
State Mandated extent of treatment

☐ **Discharge Demand**

I further demand DISCHARGE of myself or_____
Name of Patient

from _____ against the advise of Dr. _____
Name of Medical Facility                                    Name of Doctor

---

Dr. _____ has explained the risks to me, possible complications and probable
Name of Doctor

consequences of refusing treatment or demanding discharge from this medical facility or both.

Jacksonville Correctional Center

I hereby release the Attending Physician, the _____, the Facility, and
Name of Medical Facility

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this

refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL

FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring

insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

Elzie Johnson
Print Name of Patient

Elzie Johnson
Signature of Patient

12 / 5 / 13
Date

NIKKI MARSHALL
Print Name of Witness

| When patient is a Minor or Incompetent to give consent:

_____
Print Name of Person Authorized to Consent

_____
Signature of Person Authorized to Consent

____ / ____ / ____
Date

Signature of Witness

12 5 13
Date

Distribution: Patient's Medical Record or File        Printed on Recycled Paper        DOC 0083 (Rev. 2/2004)

## Medical Services Refusal

Jacksonville Correctional _____ Center

AG2145

☐ Employee/

☑ Offender

Patient Information:

JOHNSON ELZIE

Last Name   First Name   MI

ID#: AG2145

Date: 1/6/14

Time: ☑ a.m. ☐ p.m.

☑ **Refusal of Services** I don't want any Treatment That DR. Goodman is Involved with unTil my Myself Issue is Resolved.

I refuse to authorize the performance upon myself or _____
Name of Patient

of the following treatment HepC Class / Hep C Clinic visit
State nature and extent of treatment.

☐ **Discharge Demand**

I further demand DISCHARGE of myself or _____
Name of Patient

from _____ against the advise of Dr. _____
Name of Medical Facility   Name of Doctor

Dr. _____ has explained the risks to me, possible complications and probable
Name of Doctor

consequences of refusing treatment or demanding discharge from this medical facility or both.

Jacksonville Correctional Center

I hereby release the Attending Physician, the _____, the Facility, and
Name of Medical Facility

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this

refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL

FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring

insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

When patient is a Minor or Incompetent to give consent:

Elzie Johnson
Print Name of Patient

Print Name of Person Authorized to Consent

E. Johnson
Signature of Patient

Signature of Person Authorized to Consent

1/6/14
Date

_____ / _____
Date

W Davenpre
Print Name of Witness

WDavenpre   1/6/14
Signature of Witness   Date

## Medical Services Refusal

_____ JACKSONVILLE CORRECTIONAL _____ Center

☐ Employee/

☒ Offender

Date: 1 / 17 / 14

Time: 945  ☒ a.m.  ☐ p.m.

**Patient Information:**

Johnson                    Elzie                    ID#: A02149
Last Name                  First Name        MI

☒ **Refusal of Services** I REFuse to See DR. Goodman UNTIl my medication
ISSue IS Resolved

I refuse to authorize the performance upon myself or _____ **MYSELF** _____
Name of Patient

of the following treatment _____ MDSC - 40 discuss Shatin _____
State nature and extent of treatment.

☐ **Discharge Demand**

I further demand DISCHARGE of myself or _____
Name of Patient

from _____ against the advise of Dr. _____
Name of Medical Facility                                              Name of Doctor

Dr. Goodman _____ has explained the risks to me, possible complications and probable
Name of Doctor

consequences of refusing treatment or demanding discharge from this medical facility or both.

I hereby release the Attending Physician, the _____ Jacksonville Correctional Center _____, the Facility, and
Name of Medical Facility

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this

refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL

FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring

insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

X  Elzie Johnson
Print Name of Patient

X  Elzie Johnson
Signature of Patient

X  1 / 17 / 14
Date

**When patient is a Minor or Incompetent to give consent:**

_____
Print Name of Person Authorized to Consent

_____
Signature of Person Authorized to Consent

____ / ____ / ____
Date

Print Name of Witness

Signature of Witness

1 / 17 / 14
Date

## Medical Services Refusal

Jacksonville Correctional _____ Center

☐ Employee/
☑ Offender

Date: 5 , 13 , 13      ☐ a.m.
Time: _____ 3      ☐ p.m.

**Patient Information:**

Johnson _____ Elzie _____ A62145
Last Name          First Name          MI

---

☑ **Refusal of Services**

Myself

I refuse to authorize the performance upon myself or_____
Name of Patient

of the following treatment _Enrollment in Hepatitis C Clinic. Further evaluation & HAP_
State nature and extent of treatment.

---

☐ **Discharge Demand**

I further demand DISCHARGE of myself or_____
Name of Patient

from _____ against the advise of Dr. _____
Name of Medical Facility          Name of Doctor

---

Dr. _____ Eli Goodman, MD
Name of Doctor
Internal Medicine
JCC Medical Director

has explained the risks to me, possible complications and probable

consequences of refusing treatment or demanding discharge from this medical facility or both.

Jacksonville Correctional Center

I hereby release the Attending Physician, the _____, the Facility, and
Name of Medical Facility

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this

refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL

FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring

insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

Johnson Elzie
_____
Print Name of Patient

H refuses to sign
_____
Signature of Patient

5 , 13 , 13
_____
Date

Refused to sign

Eli Goodman, MD
Internal Medicine
JCC Medical Director
_____
Print Name of Witness

When patient is a Minor or Incompetent to give consent:

_____
Print Name of Person Authorized to Consent

_____
Signature of Person Authorized to Consent

_____ Date

_____
Signature of Witness

5 , 13 , 13
Date

ILLINOIS DEPARTMENT OF CORRECTIONS

## Medical Services Refusal

Jacksonville Correctional _____ Center

☐ Employee/

☐ Offender

Date: 5 , 8 , 13

Time: 848  ☐ a.m.  ☐ p.m.

Patient Information: _____ *Johnson* _____ *Elmie* _____ ID#: *A62145*
Last Name          First Name          MI

☑ **Refusal of Services**

Myself

I refuse to authorize the performance upon myself or, _____
                                                        Name of Patient

of the following treatment _____ *Lab draw* _____
                                    State nature and extent of treatment.

☐ **Discharge Demand**

I further demand DISCHARGE of myself or_____
                                                 Name of Patient

from _____ against the advise of Dr. _____
        Name of Medical Facility                                      Name of Doctor

Dr. _____ has explained the risks to me, possible complications and probable
              Name of Doctor

consequences of refusing treatment or demanding discharge from this medical facility or both.

Jacksonville Correctional Center

I hereby release the Attending Physician, the _____, the Facility, and
                                                    Name of Medical Facility

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this

refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL

FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring

insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

X *Elzie Johnson*
        Print Name of Patient

X *Elmie Johnson*
        Signature of Patient

X 5 , 8 , 13
              Date

When patient is a Minor or Incompetent to give consent:

_____
Print Name of Person Authorized to Consent

_____
Signature of Person Authorized to Consent

_____
              Date

*M. Wanninghte*
        Print Name of Witness

*M. Wingte*
        Signature of Witness

5 , 8 , 13
        Date

Distribution: Patient's Medical Record or File          *Printed on Recycled Paper*          DOC 0083 (Rev. 2/2004)

## Offender Outpatient Progress Notes

Jacksonville Correctional Center

Offender Information:

JoHNSon    Elzie    ID#: _____
Last Name        First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 4/4/14 10:00 AM | HCUA Note: this patient needs scheduled for baseline HTN clinic. B _____ v HCUA | |
| | Becky Sudbrink RN HCUA | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

SEF : 00092

Offender Information:

Last Name: JoHNSon   First Name: Elzie   MI: ____   ID#: A62141

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/2/14 2:15 PM | ACU A Note! NP Dana Bacher notified me that offender Johnson walked out on NP Dana check did not stop when she was speaking to him about B.P. treatment and hepatitis C labs/ clinic. I notified Major Endres and he came to HCU when offender Johnson returned to speak ē N.P. after being called back to HCU. Major Endres agreed to treat |  |
|  |  | **Becky** Sudbrink RN HCUA |

| Offender Information: | | |
|---|---|---|
| Johnson | Elzie | ID# A62145 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4-2-14 1430 | Pt brought back by staff to sign refusal for tx form ⓒ that time pt agreed to HepC + HTN treatment explained that in past pt had been on Norvasc but due to liver enzyme Distinction pt will be placed on Vasotec 2.5mg. | ⓟ Vasotec 2.5mg P.O. Qday × 6 mths return for B/P wk ☐ Check in one WEEK see NP if SBP 140 DBP 90 enroll in Hep C Clinic → ☐ email Flu patient CBC ē diff, CMP ē drugs, Check HIV Schedule 4/16/14 ē NP once Blood work is back |
| Ⓐ | Lungs Clear Bilat No Murmurs rubs or gallops Rate HR Rythm Regular ☐ L E edema poor Dentition Oral pharynx Pink Moist ⓒ Erythema ABD Distended Semi-firm ⊕ B/S most likely related to Hepatomegalies Blood in stool/urine Pt educated to HepC testing that will be ordered following current guidelines Pt voiced agreed to treatment plan | |

MDM FNP-Bx

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Jacksonville Correctional Center

Offender Information:

Last Name: Johnson   First Name: Elzie   MI: ___   ID#: A62145

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/2/14 | MD SICK CALL | Ⓟ |
| 1330 | To access for Hep C Clinic and Hypertension Clinic. | Will see if pt is willing to discuss Hep C treatet and HTN treatet. |
| | Blood Pressue 165/105 Hr 75 Regular | |
| | Pt present for evaluate on intial presentation pt was cooprative as/y appropriate quests. pt reported that he had been dx'c HTN 14yrs ago and had been removed from his Norvasc + ASA approx 1yr ago pt recieved education regards Hep C + pathophysiyy of the disease process pt reports chronic frontal headacs | M! Dan FNP-BY |
| | & Visium Changes Repots & Sign up C/o dizzy occasionally. Man C/o Malise SOB with activity. Hep C Clinic Was explained to pt. He became incoopative When asked his release date. He would to know why that mattred when explaind the treatment for his Hep C required 2 meds for 1 yr or greater. He then stated he did not want to have treatet for his Hep C. He got up + walked out of exam room I asked him "If I could help him with his hypertension" & He stated No I Dont Want any help" and Walked out of the room. Refused physical exam or any futu discussion/treatmt | Over |

## Offender Outpatient Progress Notes

### Jacksonville Correctional Center

Offender Information:

JOHNSon Elzie          ID#: A62145

Last Name          First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/2/14 12:35 | HCUA Note! Nurse Spears notified me by phone at approx 12:25 pm that offender Johnson wanted to refuse NP line. I spoke c̄ offender Johnson to explain he was sched. to see NP. He signed consent for NP visit today. B Sudbrink RN HCUA | |
| | Becky Sudbrink RN HCUA | |
| | | |

Offender Information:

Last Name: Johnson    First Name: Elzie    MI:

ID#: A62145

9/05
1-6-14

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | Hepatitis C Clinic: MSR 12-23-15 | P: Patient Education |
| | S: Onset | Balanced Diet and Exercise: |
| | HX: Blood Transfusion prior to 7/92:     Y     N | Liver Protection: |
| | Drug Abuse: IV/ snorting:     Y     N | Hepatitis Spread: |
| | Multiple Sex Partners/Prostitution:     Y     N | Hepatitis Vaccination: |
| | Tattoos:  Y   N     Alcoholism   Y   N | Hepatitis Treatment: |
| | General Well-Being: | Treatment: |
| | Confusion, Decreased concentration or Memory: | HEP A Vaccination: |
| | Fatigue:   Y   N     Bleeding:   Y   N | HEP B Vaccination: |
| | Swelling lower legs/ankles:     Y     N<br>Scrotal Swelling:     Y     N | HEP C Treatment: |
| | Abdominal Swelling due to ascites: | Special Lab: |
| | Rash:          Joint Pains: | |
| | Hx of Jaundice:     Hx of any liver disease: | |
| | Fever:  Y     N     Light Stools:   Y   N | |
| | Dark Urine:  Y     N | Next Clinic |
| | Hx of psychiatric disorder:  Y    N   Diagnosis: | |
| | Projected Release Date:   <18mos.   >18mos. | Continued |

DOC 0094 (Eff. 9/2002
(Replaces DC 7147)
Printed on Recycled Paper

## Offender Outpatient Progress Notes

JACKSONVILLE CC _____ Center

Offender Information:

Johnson | Clzie | ID#: A62145
Last Name | First Name | MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 1/17/14 9:45A | MD SICK CALL Refused MSC to discuss Status. Refusal Signed — Nwwwwwwww | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

**Jacksonville Correctional** Center

Offender Information:

| Last Name | First Name | MI | ID#: |
|-----------|-----------|-----|------|
| Johnson | Elsie | | A021145 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 12-5-13 9:45A | RN Note- Informational - Here for Hep A / Hep B vaccine. Refusal Signed. Continues to not want any Tx from Dr. Goodman. Multiple Refusals Signed — *(signature)* | *(signature)* |
| 12/12/12 1:30pm | Optometry w/u See Dental / Vision | Eric Johnson DO |
| 1/6/14 1015 | RN NOTE signed a refusal for Jan Hep C labs and Feb Hep C clinic — *(signature)* Davenport | |
| 1/7/14 2PM | MD Chart Review If I see me to discuss he status *(signatures)* Eli Goodman MD Internal Medicine JCC Medical Director | |

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

Offender Information:

Johnson                Elzie              ____  ID#: A62H5
Last Name              First Name         MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 11/16/13 9¹⁵am | RN Note clnf. inmate here for nurse tx line for Hep A/B inj has already signed multiple refusals for injections of vaccinations prior to today's pass and still does not want any medical tx from Dr. Goodman as stated on prior refusals) M. U____ pee | |

**Transferring Facility:** TACC Center

Offender Information:

Last Name: Johnson
First Name: Elzie
MI:
ID#: A62145

Date: 10.15.13    Time: _____ ☐ a.m. ☐ p.m.

---

Transfer Screening (completed by transferring facility health care staff): ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Allergies: NKA

Food Handler Approved: yes SR #1990 Ot x comp.

Current / Acute Conditions / Problems: _____

Chronic Conditions / Problems: HTN, Hep C +

Current Medications: (name, dosage, frequency, and duration):

Acute Short-term: _____
Chronic Long-term: _____
Chronic Psychotropic: _____

Current Treatments: Ø

Therapeutic Diets: regular

Follow-Up Care: Routine

Chronic Clinics: Hep C has refused last 2 CAD dates

Specialty Referrals: Ø

Significant Medical History: HTN Clinic dc'd 7/29/13

Physical Disabilities / Limitations: Ø

MEDICAL wt. ~ RENEWED/HOLD
PSYCH APP ___ HOLD
DENTAL APP ___ ☐
CXR DATE _____ ___ FS
CAD DATES _____ ___ FS

Assistive Devices / Prosthetics: _____    ☒ Glasses ☐ Dentures ☐ Hearing Aid

Mental Health issues: ☐ Hx Suicide Attempt Date: __/__/__   ☒ Hx Psych Med  ☐ Hx MPC / STC   Substance Abuse: ☒ Alcohol ☐ Drugs

R & C Use Only: ☐ LAB  ☐ EKG  ☐ CXR  ☐ Dental  ☒ MEDS  ☐ MH  ☐ Other: _____    ☐ Packet Complete

Print Name and Title: JP. Ichford LPN    Signature: J Pitchford LPN    Date: 10/15/13

---

Reception Screening (completed by receiving facility health care staff):

Facility: _____   Date: __/__/__   Time: _____   ☐ a.m. ☐ p.m.

**Subjective:**
Current Complaint: _____
Current Medications/Treatment: _____

**Objective:**
Physical Appearance/Behavior: _____
Deformities, Acute/Chronic: _____
T: _____  P: _____  R: _____  B/P: __/__

**Assessment:** _____

**Plan: Disposition:**
☐ Health Information Given   ☐ Emergency Referral: _____
☐ Sick Call: Urgent / Routine
  ☐ Medication Evaluation   ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics
  ☐ Work / Program Limitation   ☐ Specialty Referrals   ☐ Other (specify) _____
☐ Infirmary Placement: _____
☐ Other (specify) _____

Printed Name and Title: _____   Signature: _____   Date: __/__/__

---

**For Adult Transition Center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offenders Signature: _____   Date: _____   Time: _____   ☐ a.m. ☐ p.m.

ILLINOIS DEPARTMENT OF OFFENDER

## Offender Health Status Transfer Summary

| Transferring Facility: | Offender Information: | |
|---|---|---|
| ~~SACC~~ Center | Johnson Last Name | Elzie First Name  MI   A62145 ID# |
| Date 10,3,13  Time 2  ☐ a.m ☐ p.m | | |

**Transfer Screening** (completed by transferring facility health care staff):  ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Allergies: NDBA

Food Handler Approved No  SR + 19070 Etx comp

Current / Acute Conditions / Problems ⊘

Chronic Conditions / Problems: HTN NBG CF

**Current Medications** (name, dosage, frequency, and duration):

 Acute Short-term:

 Chronic Long-term:

 Chronic Psychotropic:

**Current Treatments**

**Therapeutic Diets**

 PHYS. APPROVED/HOLD
 DENTAL APPROVED/HOLD

**Follow-Up Care** CXH. DATE 5/1/ RESULTS Neg

**Chronic Clinics** Hep C (has refused last 2 clinics)   PPD: DATE 5/1/ RESULTS

**Specialty Referrals** ⊘

**Significant Medical History** HN old ICH 7/29/13

**Physical Disabilities / Limitations** ⊘

**Assistive Devices / Prosthetics** ⊘    ☐ Glasses ☐ Dentures ☐ Hearing Aid

Mental Health Issues: ☐ Hx Suicide Attempt Date: / /   ☐ Hx Psych Med  ☐ Hx MPC / STC  Substance Abuse ☒ Alcohol ☒ Drugs

R & C Use Only: ☐ LAB  ☐ EKG  ☐ CXR  ☐ Dental  ☐ MEDS  ☐ MH  ☐ Other   ☐ Packet Complete

| C Murrk Print Name and Title | C Murren Signature | 10 3 13 Date |
|---|---|---|

**Reception Screening** (completed by receiving facility health care staff):

Facility:   Date: / /   Time: ☐ a.m ☐ p.m

**Subjective**   **Assessment:**

 Current Complaint

 Current Medications/Treatment:

**Objective**   **Plan: Disposition:**

 Physical Appearance/Behavior:    ☐ Health Information Given  ☐ Emergency Referral
    ☐ Sick Call:  Urgent / Routine
    ☐ Medication Evaluation  ☐ Therapeutic Diet  ☐ Special Housing  ☐ Chronic Clinics
 Deformities: Acute/Chronic:   ☐ Work / Program Limitation  ☐ Specialty Referrals  ☐ Other (specify)
    ☐ Infirmary Placement:
 T:   P:   R:   B/P: /   ☐ Other (specify)

| Printed Name and Title | Signature | / / Date |
|---|---|---|

**For Adult Transition Center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

| Offenders Signature | Date | Time  ☐ a.m ☐ p.m |
|---|---|---|

## Offender Outpatient Progress Notes

____Jacksonville Correctional____ Center

Offender Information:

Johnson Elzie          A62145
Last Name      First Name      MI      ID#: ____

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-8-13 9A | Hepatitis C Clinic: | P: Patient Education |
| | S: Onset | Balanced Diet and Exercise: |
| | HX: Blood Transfusion prior to 7/92:   Y   N | Liver Protection: |
| | Drug Abuse: IV/ snorting:   Y   N | Hepatitis Spread: |
| | Multiple Sex Partners/Prostitution:   Y   N | Hepatitis Vaccination: |
| | Tattoos:  Y   N      Alcoholism   Y   N | Hepatitis Treatment: |
| | General Well-Being: | Treatment: |
| | Confusion, Decreased concentration or Memory: | HEP A Vaccination: |
| | Fatigue:  Y   N      Bleeding:  Y   N | HEP B Vaccination: |
| | Swelling lower legs/ankles:   Y   N  Scrotal Swelling:   Y   N | HEP C/Treatment: |
| | Abdominal Swelling due to ascites: | Special Lab: |
| | Rash:           Joint Pains: | |
| | Hx of Jaundice:    Hx of any liver disease: | |
| | Fever:  Y   N      Light Stools:  Y   N | X Boone |
| | Dark Urine:   Y   N | Next Clinic: ____ |
| | Hx of psychiatric disorder:  Y   N   Diagnosis: | |
| | Projected Release Date:   <18mos.   >18mos. | Continued |

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Jacksonville Correctional Center

Offender Information:

Johnson _____ Elzie _____ ID#: N02145
Last Name        First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-21-13 3PM | Baseline / Annual        Periodic | **P.** Patient Education: _____ |
| | **HYPERTENSION / CARDIAC CLINIC** | Diet: Reduce Sodium ✓ |
| | **S.** Dx of HTN: _____ RO 2005 | Exercise: Weight Reduction ✓ |
| | Past Tx: _____ MC 2012 No current meds Vague at | Risk Reduction: ✓ |
| | | Medication Compliance: ✓ |
| | Family Hx: Vague HTN Cardiac _____ DM _____ | |
| | O appears well No temp artery tenderness Ears nose, oP all Neg No thyroid - Chest Clear HR No MRCS TMJ U Neg serdemas/veins MS all WNL Fundi Normal PERRLA Full ocular ROM | Evaluation of Special Placement |
| | | Slow Walk |
| | | Low Bunk    N/A |
| | | Medically Unassigned |
| | | Cane |
| | | |
| | | MD: _____ |
| | | Eli Goodman, MD RN: _____ Internal Medicine JCC Medical Director |

Distribution: Offender's Medical Record

Printed on Recycled Paper

7-30-13 @ 05am
DSpLarOlpm

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Jacksonville _____ Center

| Offender Information: | | |
|---|---|---|
| Johnson | Elzie | ID#: A62145 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7.29.13 3PM | MD NOTE: | **P.** Medications: No meds ✓ No BP meds ✓ D/C HBP clinic ✓ Flu Hep C clinic ✓ note to PCN BCO Tried to ↓ NN. explanto pt that. He does not have HBP. I am not sure why he has Hx of. The lab to Hep C ✓ drug would be helpful to fur. again. |
| | **O.** B/P: 133/84 B/P: _____ HR: 65 RR: 20 | |
| | T: 98.0 Ht: 5'11" Wt: 199 BMI 28 97.0 5862 | |
| | Vascular Bruits: Carotid Abdominal Femoral (None) | |
| | Baseline: EKG: WNL CBC: WNL | |
| CXR | Baseline/Annual Fundii Funde 0 H&B discs sharp | |
| Ht contour WNL | CMP: BUN- Creat-1.39 K-4.5 Na U 7 | |
| | Lipid Panel: WNL Peripheral Pulses WNL | Labs Next Clinic |
| | U/A: 0 Circulation WNL Edema: Yes ___ No ✓ | |
| | Misc. Labs: | |
| | Lungs: clear Neuro: Weakness Yes ___ No ✓ | |
| | Heart WNL Visual Disturbances: Yes ___ No ___ | |
| | Abd.: 0 WNL Ext.: edema bruit: Yes ___ No ✓ | |
| | **A.** Hypertension: No HBP | MD: _____ Eli Goodman, MD Internal Medicine JCC Medical Director |
| | Control: Good Fair Poor 120-139/80-89 140-159/90-99 >160/>100 | RN: |

2) ⊕ Hepatitis C -- quiescent clinically,
3) overall status is good
4) No med compromise. Value N/A

NCk d 7-30-13 8:05 am

Offender information:

JOHNSON    Elzic                    ID#: A621745
Last Name        First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 7/29/13 1:30 p | HCUA Note! AWP Notified Me at Lunch. Johnson told the Warden he would be seen at HTN clinic. Cunsut signed. MD will see today. Offender to Advise also states he will plan on being seen in 8/20/13 HCU Clinic. BS LPN HCUA | |

Offender Information:

Last Name: Johnson   First Name: Elzie   MI:   ID#: A62145

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 7/25/13 11:50 AM | Acute Note: I called over offender Johnson to Discuss labs and clinic for July (HTN). I told him I wanted to make certain he had the opportunity to have labs, clinic, and see MD. He states he is sick but won't be seen by current MD as he stopped his medication. I explained in his best interest medically to be seen. He signed refusal for lab and clinic. ___ RN HCUA | |

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

Jacksonville Correctional Center

Offender Information:

Johnson     Elyie          ID#: A62145
Last Name     First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 7/24/13 9:50 am | RN Note<br>Signed refusal for HepB Vac Series. Very short and agitated c̄ this nurse not wanting any explanation of why he was called over to the HCU. He demanded a refusal but was unwilling to sign after explanation given then wrote his own explanation on refusal to sign paperwork — M.W___ | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/20
(Replaces DC 71-

## Offender Outpatient Progress Notes

_____ Jacksonville Correctional _____ Center

Offender Information:

Last Name: Johnson

First Name: Elzie

MI: ___

ID#: A62145

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |

MEDICAL PROGRESS NOTES

INMATE NAME: Johnson, Elzie

INMATE IDOC# A162145  LOCATION JACC  DATE 7-8-13  TIME 1110 Am

S: Refused

P:

LAB NOTE

S: "Here for lab work"

O: Labs Ordered

7. Health Maintenance
Following Labs Drawn
1. CMP  3. PT
2. CBC  4.

O:

A:

D Roodhouse

DC710-1195 (EFF 07-98)
IL426-21868

| 7-8-13 | 11:10 Am. |
|---|---|
| Refused and Refused to sign Refusal because he had no spot to write personal comments on refused | |
| | D Roodhouse |

DOC 0084 (Eff. 9/2002)
(Replaces DOC 7147)

Printed on Recycled Paper

Offender Information:

Johnson                Elzie                        ID#: A62145
Last Name              First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 5/21/13 11:40 am | RN Note I/m refusing HepAB vaccine, attempted to refuse to sign refusal but did agree as longas he can write the reason he is refusing the Vaccine. See Reverse of Refusal [signature] | |

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

Offender Information:

Last Name: Johnson   First Name: Elzie   MI:   ID#: 262145

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/14/13 3 PM | MD Note. Chart review. We will offer pt Hep A + Hep B vaccenes, noting his ongoing refusal to have MD eval for his Hep C. | (1) Begin Hepatitis B vaccine series — Hepatitis A vaccine series. *(signature)* Eli Goodman, MD Internal Medicine JCC Medical Director |
|  |  | Noted SHeatherly RN 5/13/13 1A |

Offender Information:

Johnson                    Elzie                    ID#: A62145
Last Name                  First Name          MI

| Date/Time | Subjective, Objective, Assessment |
|---|---|

I spent much time today to explain to pt how are medications: HBP + Hep C
act that if he changes his mind, I would welcome him.

MD NOTE: _____ a aspart __ medications:

5.13.13
3pm

O. B/P: 147/86  B/P: 146/86  HR: 65  RR: 16

T: 96.3  Ht: 5'10"  Wt: 200  BMI: 29

Fundus O HgE 5 NbO

Vascular Bruits: Carotid  Abdominal  Femoral  (None)

Baseline: _____ EKG: WNL  CBC:

Refusal for lab signed pt refuses my plee for AP check over next few weeks by nurses. Refuses Hep C F/U lab refused

Baseline/Annual Fundii  CXR

CMP:  BUN-  Creat- 0.9 (10/12  K-  Na

Lipid Panel: WNL  Peripheral Pulses WNL  Labs Next Clinic:

U/A:  Circulat.WNL  Edema: Yes___ No✓

Misc. Labs: B pyrme 140/100 rel

Lungs: clear  Neuro: Weakness Yes___ No✓

Heart: WNL  Visual Disturbances: Yes___ No✓

Abd..  Ext.. WNL  Bruit: Yes___ No✓

A. Hypertension:

Control:  Good  Fair  Poor
         120-139/80-89  140-159/90-99  >160/>100

| | MD: _____ |
| | RN: Eli Goodman, MD |
| | Internal Medicine |
| | JCC Medical Director |

## Offender Outpatient Progress Notes

### Jacksonville Correctional Center

**Offender Information:**

Last Name: Johnson
First Name: Elzie
MI: A
ID#: 62145

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 5-13-13 3 PM | Baseline / (Annual)     Periodic | P. Patient Education: RV 4/2015 |
| | HYPERTENSION CARDIAC CLINIC *recalculated 4/12* | Diet: Reduce Sodium |
| | **S.** Dx of HTN: *Pt very argumentative* | Exercise: Weight Reduction |
| | Past Tx: *Multiple ways* | Risk Reduction: ✓ |
| | *(H) • No meds.* | Medication Compliance: ✓ |
| (1) obese in past (2) CTA (3) RA | Family Hx: *Previous BP's in chart several elevated. Most normal. Some low.* | Evaluation of Special Placement |
| | | Slow Walk |
| | *Multiple misconceptions, very circular reasoning.* | Low Bunk    N/A |
| | | Medically Unassigned |
| | | Cane |
| | *Pt clearly angry with reluctant to have examination.* | |
| | | MD: |
| | | Eli Goodman, MD Internal Medicine Medical Director |
| | | RN: |

Jacksonville Correctional Center

Offender Information:

_Johnson_                  _Elzie_          -          ID#: A2145
Last Name                  First Name       MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| | | |

MEDICAL PROGRESS NOTES

INMATE NAME: Johnson Elzie

INMATE IDOC# A62145  LOCATION JACC  DATE 5/9/13  TIME 848

S:_____ P:_____

LAB NOTE
O: Refused   S: "Here for lab work"
O: Labs Ordered
A: Health Maintenance
P: Following Labs Drawn
1. CMP        3. UA
2. UPP        4.

A:_____

_D. Woodhouse_

DC710-1195 (EFF 07-98)
IL426-21868

DEF 00053

Offender Information:

Johnson Elyce ID#: A 62145
Last Name    First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/1/13 6:30 | **RN NOTE:** | **P:** Refer to MD if exhibiting any s/s of TB |
| | | - Follow up as needed |
| | **S.** Inmate to Health Care Unit for annual TB education | Annual TB Education |
| | S. ____ ____ | **ANNUAL EDUCATION COMPLETED PAST POSITIVE TB SKIN TESTS** |
| | **O.** Wt ____ Temp 98 | |
| | P ____ R ____ B/P 128/86 | |
| | Feeling Tired? Yes (No) | |
| | Fever and/or Night Sweats? Yes (No) | |
| | Loss of Appetite? Yes (No) | |
| | Weakness? Yes (No) | |
| | Wt. Loss? Yes (No) If yes, # of lbs. ____ | |
| | Chronic Cough? Yes (No) | |
| | Chest Pain? Yes (No) | |
| | Hemoptysis? Yes (No) | |
| | | |
| | **A:** Health Maintenance | |
| | | Nurse Signature ____ |

## Offender Outpatient Progress Notes

### Jacksonville Correctional Center

**Offender Information:**

Johnson Elzie A162145

Last Name     First Name     MI     ID#:

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2-18-3 9A | Hepatitis C Clinic: | P: Patient Education |
| | S: Onset | Balanced Diet and Exercise: |
| | HX: Blood Transfusion prior to 7/92:   Y    N | Liver Protection: |
| | Drug Abuse: IV/ snorting:   Y    N | Hepatitis Spread: |
| | Multiple Sex Partners/Prostitution:   Y   N | Hepatitis Vaccination: |
| | Tattoos:   Y   N    Alcoholism:   Y   N | Hepatitis Treatment: |
| | General Well-Being: | Treatment: |
| | Confusion, Decreased concentration or Memory: | HEP A Vaccination: |
| | Fatigue:   Y   N     Bleeding:   Y   N | HEP B Vaccination: |
| | Swelling lower legs/ankles:   Y    N   Scrotal Swelling:   Y    N | HEP C Treatment: |
| | Abdominal Swelling due to ascites: | Special Lab: |
| | Rash:      Joint Pains: | |
| | Hx of Jaundice:    Hx of any liver disease: | |
| | Fever:   Y    N     Light Stools:   Y    N | |
| | Dark Urine:   Y    N | Next Clinic: _____ |
| | Hx of psychiatric disorder:   Y   N   Diagnosis: | |
| | Projected Release Date:   <18mos.    >18mos. | Continued |

## Offender Outpatient Progress Notes

_____ Center

Offender Information:

_Johnson_        _Clay_        ____  ID#: _A62145_
Last Name        First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 2/18/13 9:00 Am | RN Note Refusal signed for HcpC Clinic /MDSC | M.U ____ dr |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Printed on Recycled Paper

Offender Information:

Johnson                    Eliza              ID#: A62145
Last Name                  First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-27-13 8pm | RN note HU#5 ISOLATION T 998 | SeiketskW. |
| out of sequence 1/28/13 | | 97² |
| 1/27/13 1⁰⁰pm | RN Note S.) Isolation Housing D.) C/o cough & sore throat temp 99⁶ A.) Same as above | P.) Cont to Monitor ( M.W— RN |
| 1/28/13 6 AM | RN Note S.) Isolation Housing O.) ∅ S/S of flu afebrile A.) Same as above | P.) cont to monitor M.W— RN |
| 1/29/13 7⁰⁰ Am | RN Note chg Removed from ISO Housing | M.W— RN |

## Offender Infirmary Progress Notes

### Jacksonville Correctional Center

Offender Information:

Last Name: _Johnson_  First Name: _Elzie_  MI: ___  ID#: _A62145_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/27/13 9:00 Am | **MD Note: INFIRMARY DISCHARGE NOTE** | |
| | **S.** Summary of Reason for Admission: | **P.** Treatment/Therapeutic Plans: |
| | adm w/ flu-type & R/S. Feels better. Felt well. | T.O.- D/C from infirmary to be housed in isolation. housing room #7 House #5; cont. to monitor temp q shift — Goodman/M.D. ~ |
| | **O.** afebrile Chest clear | |
| | **A.** Diagnosis/Cause of illness for Infirmary stay: Resolving (ed) influenza | Eli Goodman, MD Internal Medicine JCC Medical Director |

Offender Information:

Last Name: Johnson   First Name: Elzie   MI:   ID#: A62145

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/25/13 11:30 pm | RN Note<br>(S) Lying in bed c eyes closed<br>(O) ∅ distress noted<br>(A) Viral illness. | Plan:<br>Cont. to monitor temp Bid<br>enc. fluids orally<br>Miller |
| 1/26/13 0100 | RN Note<br>(S) "I feel pretty good"<br>(O) Up to door for VS - see graph<br>∅ resp distress noted. Reports<br>occas. prod. cough.<br>(A) Viral illness | Plan -<br>Cont to monitor temp.<br>Bid<br>Miller |
| 1/26/13 2 pm | RN Note<br>T.O. Change status<br>to non acute admit.<br>Temp ∅ shift;<br>VS twice wkly   M.D. | |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

JACKSONVILLE CORRECTIONAL Center

Offender Information:

Johnson                    Elzie                    ID#: A62145
Last Name                  First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 1/24/13 8:35p | RW No te Called MD I/m missed Norvasc today | Not [illegible] ① Give Norvasc/Chz Now [illegible] |
| 1/25/13 9AM | MDSC 100/70, 48, 16, 96% O₂ Sat 99⁴ S- Feels better. Still w/ cough × HA O mjms BP noted chest clear Ht 24 w/o M62 A- Viral illness - improving ?, influenza HTN controlled | ℗ No Δ [signature] Eli Goodman, MD Internal Medicine JCC Medical Director |

Distribution: Offender's Medical Record

DOC 0065 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

## Offender Infirmary Progress Notes

### JACKSONVILLE CORRECTIONAL Center

Offender Information:

Johnson _____ Ezie _____ ID#: A62145

Last Name / First Name / MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/24/13 8:30 | RN Infirmary Admissions | |
| | S. Complaints | |
| | cough fever HA | |
| | Reason for Admission | |
| | | P. Admission Orders Explained to Offender yes |
| | O. Ht: 70" Wt: 188# | admitted to Infirmary |
| | No dyspnea | acute status — |
| | T: 102.3 P: 112 R: 24 B: 176/117 SPO2: 96% | |
| | Allergies: NKA | |
| | Other Medical Condition(s): Ø HTN | |
| | A/O X3 skin w/o nomorph Th | |
| | IV: Ø Foley: Ø N/G: Ø | |
| | Current Medications: All MAR | |
| | Mode of Admission: amb | |
| | A. Admitting Diagnosis: Viral Illness RN Nurse Robb | |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

### JACKSONVILLE CORRECTIONAL Center

Offender Information:

Last Name: Johnson   First Name: Eddie   MI: A   ID#: A6-214(?)

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | MD Rounds Infirmary Admission Note: | P. Diet: (Specify) _acute admission_ |
| 1/24/13 | Ht 5'11" × 15 years | |
| | A/A | |
| | LTBI — 56 yo(?) | Activity: _Reg. BRP_ |
| | Submitted by: MD  DDS  Psychologist (circle one) | |
| | S. Brief History: 4/12 | Frequency of Vital Signs: Q10 |
| | No ht heart disease | Medication Orders: |
| | dab Hep C ⊕ antibody | 4/19/12 |
| 3 day onset | | |
| | Physical Examination: Hep C surface Ag Neg | |
| T 99.5 | Myalgias, Hep A IgM Neg | |
| P 110 | Hep B core IgM Neg | |
| R 42 | get flu CBC um u/12 | |
| BP 131/87 | clear 1.4  u/12 | Diagnostic Procedures and/or Therapeutic Plan: |
| | Had been liquids well | |
| 1/29/87 | well AST/ALT 66/87 | |
| P 01 98/6 | O₂ m mm(?) neck node | N/C aspirin |
| | A. Admitting Diagnosis: | continue amlodipine |
| | abnormal | 10 mg PO daily |
| — Viral illness ?? influenza acetaminophen | | |
| — New dx Hep C | PO q6h prn × 3 da | |
| — Controlled HTN | CTM 4 mg PO TID × 3 da | |
| | Enroll in Hep | |
| Distribution: Offender's Medical Record | | |
| — Ht + LTBI | | |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Vital Sign
## Graphic Flow Sheet

Offender Information:

Johnson _____ Elzie _____ ID# A 62145
Last Name / First Name / MI

Facility: Jacksonville Correctional Center

| Date | 1/24/13 | | | | | | 1/25/13 | | | | | | 1/26/13 | | | | | | Notmay to 27/13 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hosp Day/Po Day | Attrix | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Hour | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 |

Temperature 106, 105, 104, 103, 102, 101, 100, 99, 98, 97, 96

| Pulse | | 82 | | 48 | | 76 | | | | | | | | | |
| Respiration | | 24 | | 16 | | 20 | | | | | | | | | |

Blood Pressure
Hours 4 AM, 8 AM: 100/70 | 129/92
Noon, 4 PM, 8 PM: 176/117 | 114/78
Midnight: 0.77
Height: 8.18

Stools / Urine

Bath: C-P-T-S
Oral Hygiene: Self | Self | Self
PM Care: Ref | Ref
Diet
Ate W F P
Slept W F P
Activity: BRP

Bed Rest: Self
Bed positioning
R.O.M. Exercises: N/A | Self | Self
Whirlpool
Transfers
Walk: Self

Other: SpO2 84% 96% RA 96/02 Sat SpO2 95% 0x07
SpO2 91% to 7300

Staff Name:
7-3: M.W.
3-11: CMiller | CMiller
11-7:

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0110 (Eff. 9/2002)
(Replaces DC 1705)

Exhibit (3)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Center

Offender information:

Last Name: Johnson    First Name: Elzie    MI: ___    ID#: A62145

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/14/17 8:30 am | **MD NOTE:**<br><br>**O.** B/P: ____ B/P: 141/94 HR: 74 RR: 18<br>T: 97.1 Ht: 5'11" Wt: 168 BMI ____ 100%<br><br>Vascular Bruits: Carotid Abdominal Femoral None<br><br>Baseline: EKG: ~ CBC: ✓<br><br>Baseline/Annual Fundii | **P.** Medications:<br><br>cont. Norvasc<br><br>ASA<br><br>✓ acute hepatic f/u panel |
| 1/14 | CMP: BUN- ✓ Creat- 1.12 ✓ K- ✓ Na 14<br><br>Lipid Panel: ✓ Peripheral Pulses ✓ | Labs Next Clinic: |
|  | U/A: Circulation: Edema: Yes ___ No ✓<br><br>Misc. Labs:<br><br>Lungs: CTA Neuro: Weakness Yes___ No ✓<br><br>Heart: RRR Visual Disturbances: Yes___ No___<br><br>Abd: BS+ Ext.: PRN Bruit: Yes___ No___ | prn next visit<br><br>cmp |
|  | **A.** Hypertension: | MD: _____ |
|  | Control: Good Fair Poor<br>120-139/80-89 140-159/90-99 >160/>100 | RN: EClayton RN 11/14/12 |
|  | (B.) ... elevated | |

_Exhibit Q_

## Offender Outpatient Progress Notes

### Jacksonville Correctional Center

**Offender Information:**

Last Name: _Johnson_  First Name: _Elzie_  MI: ___  ID#: _A62145_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/14/12 | (Baseline) / Annual       Periodic | **P.** Patient Education: _____ |
| 830 AM | **HYPERTENSION / CARDIAC CLINIC** | Diet: Reduce Sodium |
| | **S.** Dx of HTN: _14 yrs ago_ | Exercise: Weight Reduction |
| | Past Tx: | Risk Reduction: |
| | | Medication Compliance: |
| | Family Hx: _mother_ Cardiac   DM | |
| | | Evaluation of Special Placement |
| | _Jb reviewed_ | Slow Walk |
| | _discussed_ | Low Bunk |
| | | Medically Unassigned |
| | | Cane |
| | | |
| | | |
| | | MD: _____ |
| | | RN: _Kellogg RN_ 11/14/12 |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

DEF : 02043

ILLINOIS DEPARTMENT OF CORRECTIONS    Exhibit 

## Offender Outpatient Progress Notes

<u>Jacksonville Correctional</u>    Center

Offender Information:

Johnson                    Elmo                    ID#: A62145
Last Name                  First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 11·14·12  | MD SICK CALL | |
| 8:30 AM | #68, 94, 79, 18, 97⁴, 100/, 0₂ Sat | |
| | Chart reviewed | |
| | Shares + lives | Auth |
| | Enzymes 11/05/12 | Hepatitis panel ✓ |
| | 11/9/12  BST  .66 | Clinician |
| | ALT  87 | to review |
| | 10/1/12  AST  ⊼ | |
| | ALT  99 | |
| | reported Hx of | |
| | alcohol used in. | |
| | years but not | |
| | abuse | E W Crayton 11/14/12 GP |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

## Offender Outpatient Progress Notes

Jacksonville Correctional Center

Offender Information:

JOHNSON, ELZIE                    ID#: A62145

| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/23/2012 | Received at Jacksonville | BDay |
| 11/1/12 8:00 Am | RN Note. EKG Complete | M. W. ~ R |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offenders Medical Record

Printed on recycled paper

Doc 0084 (eff. 092002
Replaces DC 7147)

MEDICAL WR: APPROVED/HOLD
PSYCH: APPROVED/HOLD
DENTAL: APPROVED/HOLD

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender Health Status Transfer Summary**

CXR: DATE _____ RESULTS _____
Transferring Facility _____ RESULTS _____

**Offender Information:**
Last Name: Johnson    First Name: Alzie    MI: _____    ID#: A62145

JACKSONVILLE CORRECTIONAL Center

Date: 10/23/12    Time: 1:30    ☒ a.m. ☐ p.m.

**Transfer Screening** (completed by transferring facility health care staff): ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Allergies: NKDA    Food Handler Approved: YES. CST POSITIVE PPD TX 1990

Current / Acute Conditions / Problems: Ø

Chronic Conditions / Problems: HTN

**Current Medications** (name, dosage, frequency, and duration):
Acute Short-term: Ø
Chronic Long-term: Norvasc 10 mg QD, Chew ASA 81mg QD.
Chronic Psychotropic: _____

Current Treatments: Ø

Therapeutic Diets: Ø

Follow-Up Care: N/A

ronic Clinics: HTN    HTN/B

Specialty Referrals: Ø

Significant Medical History: S/P PPD c completed Rx - 1990, pneumothorax x2 (2011, 1995)

Physical Disabilities / Limitations: Old Bunk

Assistive Devices / Prosthetics: _____    ☐ Glasses    ☐ Dentures

Mental Health Issues: ☐ Hx Suicide Attempt: Date: _____    ☐ Hx Psych Med   ☐ Hx MPC / STC   Substance Abuse: ☐ Alcohol   ☒ Drugs

R & C Use Only: ☐ LAB   ☐ EKG   ☐ CXR   ☐ Dental   ☐ MEDS   ☐ MH   ☐ Other: _____   ☐ Packet Complete

Taylor LPN    _____ LPN    10/30/12
_____ Print Name and Title _____    Signature    Date

**Reception Screening** (completed by receiving facility health care staff):

Facility: _____    Date: ___/___/___    Time: _____   ☐ a.m. ☐ p.m.

jective: _____
Current Complaint: _____

Assessment: _____

Current Medications/Treatment: _____

Objective:
Physical Appearance/Behavior: _____

Plan: Disposition:
☐ Health Information Given    ☐ Emergency Referral: _____
☐ Sick Call: Urgent / Routine
☐ Medication Evaluation   ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics
Deformities: Acute/Chronic: _____
☐ Work / Program Limitation   ☐ Specialty Referrals   ☐ Other (specify): _____
☐ Infirmary Placement: _____
T: _____ P: _____ R: _____ B/P: ___/___
☐ HIV Test & Counseling Offered (only transfers from R&C)
☐ Other (specify): _____

_____    _____    ___/___/___
Printed Name and Title    Signature    Date

**For Adult Transition Center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

_____    _____    _____   ☐ a.m. ☐ p.m.
Offender's Signature    Date    Time

**Offender Information:**

**Transferring Facility:**
S T A – N R C _____ Center

Last Name: Johnson
First Name: Elzie
MI: ____
ID# A62145

Date: 10, 23, 12    Time: _____   ☐ a.m. ☐ p.m.

| Transfer Screening (completed by transferring facility health care staff): | ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge) |
|---|---|

Allergies: NKDA

Food Handler Approved: ⟨yes⟩

Current / Acute Conditions / Problems: ⊖

Chronic Conditions / Problems: HTN

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term: ⊖

Chronic Long-term: Norvasc 10mg QD; chew ASA 81mg QD

Chronic Psychotropic: ⊖

Current Treatments: ____

Therapeutic Diets: ____

Follow-Up Care: RHC

Chronic Clinics: HTN    Ann TB

Specialty Referrals: ____

Significant Medical History: SR(+)PPD c completed Rx -1990 ; pneumothorax ×2 (2011, 1985)

Physical Disabilities / Limitations: LOW BUNK

Assistive Devices / Prosthetics: ____   ☐ Glasses   ☐ Dentures

Mental Health Issues: ☐ Hx Suicide Attempt: Date: ____   ☐ Hx Psych Med   ☐ Hx MPC / STC   Substance Abuse: ☐ Alcohol ☒ Drugs

| R & C Use Only: ☒ Labs ☐ EKG ☐ CXC ☐ Dental ☐ MDDS ☐ Mini Phys. ☐ Packet Complete |
|---|

Print Name and Title: M DOBSON LPN

Signature: M DOBSON LPN

Date: 10, 23 12

**Reception Screening** (completed by receiving facility health care staff):

Facility: JACKSONVILLE CC

Date: 10, 23, 12    Time: 4    ☐ a.m. ☒ p.m.

**Subjective:**

Current Complaint: ⊖

Current Medications/Treatment: Su MAR.

**Objective:**

Physical Appearance/Behavior: appropriate

Deformities: Acute/Chronic: ⊖

T: 97    P: 70    R: 16    B/P: 124/85

WT 165#   5'02   100²

**Assessment:**

ROUTINE ASSESSMENT

**Plan: Disposition:**

☒ Health Information Given    ☐ Emergency Referral: ____
☒ Sick Call: Urgent / Routine
☐ Medication Evaluation    ☐ Therapeutic Diet    ☐ Special Housing    ☐ Chronic Clinics
☐ Work / Program Limitation    ☐ Specialty Referrals    ☐ Other (specify): ____
☐ Infirmary Placement
☐ HIV Test & Counseling Offered (only transfers from R&C)
☐ Other (specify): ____

Printed Name and Title: S. Watts R.N.

Signature: S Watts RN

Date: 10, 23, 12

**For Adult Transition Center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

_____    _____    _____   ☐ a.m. ☐ p.m.
Offender's Signature    Date    Time

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order Not PRN 11/14/2012 Discontinue 4/13/2013 Rx # 9790347 | AMLODIPINE 10MG TAB SUB FOR: NORVASC    PIPER-LOLENG, JAZZCELYN TAKE 1 TABLET BY MOUTH DAILY X 5 MONTHS | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue Rx # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Location | Date of Birth or Soc. Sec. No. | Allergies NO KNOWN DRUG ALLERGY, NO KNOWN ALLERGIES | | | Diagnosis |
|---|---|---|---|---|---|
| Inmate Name and Number JOHNSON, ELZIE  A62145 | Facility JACKSONVILLE CORR CTR | | Charting for 04/01/2013 | Through 04/30/2013 | |

Form # 6182I MR    (03/12)

Reorder From: **MED-PASS**

Offender Information:

Last Name     First Name     MI     ID#: _____

Date: ____ / ____ /20 ____

Time: _____ ☐ a.m. ☐ p.m.

**Race:** ☐ White ☐ African American ☐ Asian American ☐ Hispanic ☐ Native American ☐ Other ____

**Gender:** ☐ Male ☐ Female     **Date of Birth:** ____ / ____ / ____

| Objective: System | Normal | ABN | Explanation: |
|---|---|---|---|
| Head, Neck, Face, & Scalp | ✓ | | *supple* |
| Nose and Sinuses | ✓ | | |
| Mouth and Throat | ✓ | | Oral Condition: *clear* |
| Ears | ✓ | | Drums |
| Eyes | ✓ | | Pupils: 3/3 - 2/2    Fundoscopic: |
| | | | Accommodation: |
| Lungs and Chest including Breast | ✓ | | Auscultation: *clear* Rpmxxthy x2; 85.20/1 |
| Heart | ✓ | | Rate: 70.    Size: |
| | | | Rhythm: *reg.*    Murmur: |
| Vascular | ✓ | | |
| Abdomen | ✓ | | Consistency: soft P;   Tenderness |
| | | | Masses: Ø   Scars: |
| Anus, Rectum (Prostate – 40+ Male Only) | ✓ | | Visual: |
| | | | Digital: *clear*   Guaiac + / – (R) |
| Genito-Urinary System | ✓ | | |
| Upper Extremities | ✓ | | Strength: ROM: |
| Lower Extremities | ✓ | | Strength: ROM |
| Spine and Musculo-Skeletal | ✓ | | |
| Skin and Lymphatics | ✓ | | |
| Neurologic DTR's | ✓ | | Romberg: Biceps: Patella: |
| Mental Status | ✓ | | |
| Pelvis (Female Only) | | | Cervix:   Vaginal Canal: |
| | | | Fundus:   PAP: ☐ Y ☐ N ☐ R |

**Assessment:** Problem #

1. NKP

2. Chronic Tobacco use

3. S/P (+) PPD tx 90

4. Stage II HTN.

**Plan:** (Check box as appropriate and complete plan)

Placement Consideration: ☐ Yes ☑ No

HR: ☐ Yes ☑ No

Food Handler Status: O/C

*Pulm Nurse 10 mg 2ll 50d*
*New ASA 81mg Gf 50d.*
*con Sul a BP.*

**Examiners Signature:**

Print Name      Signature      Date 10.1.12

Distribution: Offender's Medical Record     Side 2     DOC 0099 (Eff. 9/2012)

# MEDICATION ADMINISTRATION RECORD

## BOSWELL PHARMACY SERVICES
814-629-1397 ○ Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 11/14/12 REF:01 Discontinue 04/13/13 3790347 | AMLODIPINE BES 10MG TAB SUB FOR: NORVASC 10MG TAB PIPER, JAZZEE TAKE 1 TABLET BY MOUTH DAILY X 5 MONTHS | 8AM 7:30 | | 11/23 N | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | CB | C. Bry Pt. | | | | | | |

| LOCATION A62145 | DATE OF BIRTH OR SOC. SEC. NO. | ALLERGIES NO KNOWN ALLERGIES | | DIAGNOSIS |
|---|---|---|---|---|

| INMATE NAME AND NUMBER | FACILITY | CHARTING FOR | THROUGH |
|---|---|---|---|

## Offender Physical Examination

STATEVILLE   NRC        CENTER

Date: __10__ / _1_ /20 _12_

Time: ____2____ ☐ a.m. ☐ p.m.

C | R | G

A62145  JOHNSON, ELZIE
Age:    56
Race: BLK
NRC 10/01/2012

ID#: _____
DOB: 04/06/1956
Sex: M
29 ☐ American ☐ Other_____
Date of Birth: ____/____/____

| | Yes | No | Explanation: |
|---|---|---|---|
| Hx reviewed | ✓ | | |
| Lab reviewed | ✓ | | |

| Subjective: Condition | Yes | No | Explanation: |
|---|---|---|---|
| Allergy | | ✓ | NKA |
| Substance Abuse | | | |
| a. Alcohol | ☐ | ☐ | |
| b. IV Drugs | ☐ | ☐ | Heroin |
| c. Other Drugs | ☐ | ☐ | |
| d. Hx, drug/alcohol withdrawal | ☐ | ☐ | |
| Shared Needles | | | |
| Sexual Contact with: | | | |
| a. IV drug user | ☐ | ☐ | |
| b. Prostitute(s) | ☐ | ☐ | |
| c. Multiple Partners | ☐ | ☐ | |
| Homosexual Activity | | ✓ | |
| STD | | | |
| HIV+/AIDS | | ✓ | HIV (-) 2010 |
| Blood Transfusions | | ✓ | |
| Three or more months of: | | | |
| a. Fever | ☐ | ☐ | |
| b. Diarrhea | ☐ | ☐ | |
| c. Night Sweats | ☐ | ☐ | |
| d. Persistent URI | ☐ | ☐ | |
| Weight Loss (>15 Lbs.) | | ✓ | |
| Lymphadenopathy | | ✓ | |
| Fatigue | | | |
| Other (Female) | | | |
| a. Mammography | ☐ | ☐ | G _____ P _____ AB _____ LNMP _____ |
| | | | Date/Results: _____ |
| b. Family Hx Breast Cancer | ☐ | ☐ | If yes, family member: _____ |
| c. PAP Smear | ☐ | ☐ | Date/Results: _____ |

**Past Hospitalizations:**

Diagnosis: _____                    Diagnosis: _____

Date(s): _____                      Date(s): _____

Hospital: _____                     Hospital: _____

Location: _____                     Location: _____

Distribution:   Offender's Medical Record          Side 1          DOC 0099 (Eff. 9/2002)

DEF : 30867

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Medical History

_____ Center

☐ Reception History
☐ Periodic History

Date: _10_ / _1_ / _12_

Time: _____ ☐a.m. ☒p.m.

O
R
G

A62145  JOHNSON, ELZIE
Age:    56           DOB: 04/06/1956
Race: BLK            Sex: M
NRC 10/01/2012                29

ID#: _____
American ☐ Other_____
_/_____/_____

| Subjective: | Past Medical History / History of Present Illness / Family History | | | |
|---|---|---|---|---|
| Condition | Yes | No | Family History | Explanation |
| Allergies | | ✓ | | |
| Smoking | ✓ | | | |
| Pediculosis | | ✓ | | |
| Seizures | | ✓ | | |
| Asthma | | ✓ | | |
| Cardiac/HTN | ✓ | | | Enalapril 10mg Q |
| Diabetic | | ✓ | | |
| Communicable Disease | | | | |
| a. Hepatitis/Jaundice | ☐ | ☒ | | SR+ 90' N/RX |
| b. Hx + PPD/Active TB | ☐ | ☒ | | |
| c. STD | ☐ | ☒ | | |
| d. HIV +/AIDS | ☐ | ☒ | | |
| Surgeries | ☒ | ☐ | | pneumothorax 2X (2011) (1985) |
| Hx of Psych Tx | ☐ | ☒ | | |
| a. Past Suicide Attempt | ☐ | ☒ | | |
| b. Current Suicidal Ideation | ☐ | ☒ | | |
| Recent Drug/ETOH use | ☐ | ☒ | | |
| Mobility Problems | | | | |
| a. Assistive Devices | ☐ | ☒ | | |
| b. Prosthetics | ☐ | ☒ | | |
| c. Specialized Equipment | ☐ | ☒ | | |
| Other Medications | | ✓ | | |
| History of Sexual Abuse or Predator | | ✓ | | |
| Oriented x3 | ✓ | | | |
| Other: _____ | | ✓ | | |

Objective:  T: _____  P: _54_  ☒ regular  ☐ irregular   R: _15_   ☒ regular  ☐ irregular   B/P: _149/97_

Height: _5'11"_  Weight: _178_   Vision: RT 20/_____   LT 20/_____   corrected: ☐ 20/_____  LT 20/_____ glasses

Behavioral appearance and mental status, Evidence of deformity, trauma, and skin conditions. _____

Assessment:  _NKDA_
_HTN_

**Plan:** (Check and complete as appropriate)
1. Physical Examination:        ☒ Urgent   ☐ Routine
2. Mental Health Referral:      ☐ Urgent   ☒ Routine
3. Health Information Given:    ☒ Yes      ☐ Refused
4. PPD Results: _____          ☐ Positive ☐ Negative
5. Chest X-ray performed:  ☐ N/A  ☐ Yes  ☐ No
6. Other: _____

Date PPD Administered: _/_/_  Date PPD Read: _/_/_

Reading: _____ mm  By: _SR+ PPD_

_Zim ill_____  ☐
Print Name of Interviewer          Signature

OCT 0 1 2012                    R & C Use Only          OCT 0 1 2012
LAB: _____        Sickle Cell: ☐ Yes  ☐ No   Dental: _OCT 0 1 2012_     Panorex: _____
EKG: _____   CXR: _____        Female Only:  PAP: _____   Mamo: _____

Distribution:  Offender's Medical Record

*Printed on Recycled Paper*

DOC 0092 (Eff. 9/2002)
(Replaces DC 871)

INSTITUTIONAL Employees All Collectively And Indivisually PARTICAPATES IN This Violation Of My Civil Rights And The Right Of The Other Inmates here to have OUR GRIEVANCE Heard IN Accordance with The ILLINOIS Department OF CORRECTIONS A D R Rules Governing The Process Plus to be free From RETALIATION when we do file.

There has been To many MAJOR Violations Here That has happened AND AFTER The GRIEVANCES WERE Filed They were Never Processed. When WE MEANING Myself AND Other Inmates INQUIRE About OUR ISSUES Nothing is HAPPENING About Them.

This is A Complaint To The DIRECTOR OF The ILLINOIS Department OF CORRECTIONS NOT The Administrative REVIEW Board/ Office OF Inmate ISSUES. Why Because That Board IS NOT INVESTIGATING OUR Complaints about These ISSUES. AND IF YOUR OFFICE DOESN'T ANSWER This Complaint About The GRIEVANCE PRACTISE HERE AND PUT Accountability BACK INTO The SYSTEM, I WILL Show PROOF AND ASK The COURT for Accountability.

Please Respond to This Complaint AS Soon As Possible, because There ARE Major ISSUES That NEEDS Addressing.

Also Jacksonvilles S.O.R.T CAME Threw This WEEK AND Actually ASSAULTED SEVERAL INMATES AND NOT ONE INCIDENT Report WAS WRITTEN. PLUS, INMATES WASN'T Allowed to Report There INJURIES To The HEALTH CARE When it HAPPENED. Also, The SORT TEAMS ACTIONS WAS NOT RECORDED ON CAMERA AND ABUSE happened Blantantly.

This ISSUE CANNOT BE Accessed Through This AAMINISTRATION.

ANY HAS BEEN MADE

| Date: 12-19-13 | Offender: (Please Print) Elzie Johnson | ID#: A62145 |

| Present Facility: Jacksonville C.C. | Facility where grievance issue occurred: Jacksonville-C.C. |

**NATURE OF GRIEVANCE:**

Violation of The Illinois Dept. of Corrections

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☒ Other (specify): Inmate Grievance Procedure

☐ Disciplinary Report: _____
　　　　　　　　　Date of Report　　　　　Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues; or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Since ARRIVING AT THE Jacksonville C.C. AND
Filing GRIEVANCE Complaints Within This
Institutions Administration, The Employee's
here has Hindered my GRIEVANCES AND
other Inmates GRIEVANCES By simply NOT
Processing Them, OR Holding Them Knowing
That The ISSUE Could CAUSE IRREPARABLE
HARM. THE Clinical SERVICES DEPARTMENT
AND THE PROGRAMS WARDEN Along with Other

Relief Requested: Hold EVERYONE Responsible who's Involved with No
handling The Grievance Process Right According to ADR,
AND Investigate These latest ISSUES. Suspended or FIRED?

☐ - Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Elzie Johnson | A62145 | 12/19/13 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: ___/___/___ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____

Inmate Issues

JAN 1 0 2014

| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

| Date Received: ___/___/___ | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance<br>☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

| Chief Administrative Officer's Signature | | Date |

DEF : 00031

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: _Johnson_ _Elsie_ _____ _A62145_
        Last Name                    First Name              MI        ID#

Facility: _Jacksonville_

☑ Grievance: Facility Grievance # (if applicable) _____ Dated: _12/19/13_ or ☐ Correspondence: Dated: _____

Received: _1/10-14_ Regarding: _____ _Grievance Process_
        Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☑ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☑ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:  Administrative Review Board
        Office of Inmate Issues
        1301 Concordia Court
        Springfield, IL   62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
        319 E. Madison St., Suite A
        Springfield, IL  62706

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____.
        Date

☐ No justification provided for additional consideration.

Other (specify): _☒ Timely_ _____

Completed by: ___Billie W. Greer___        _Billie W. Greer BG/_        _2/18/14_
        Print Name                                Signature                        Date

Distribution:  Offender        Printed on Recycled Paper        DOC 0070 (Rev.4/2013)
        Inmate Issues

62336

And Placement Office. Personal to be Able to do as They Please, means That They feel Comfortable with There Behavior, Also, There is A Racial Indifference, because of A Mostly White STAFF who handles All These matters.

Personally I feel Threaten by Their Blatant Disrespect of The Administrative Directory Rules, Because if The WARDEN Will Allow This STAFF To Continuely get Away with This Behavior Then Maybe THE Director of The Department of Corrections Should be Told About This Situation. And The Others that have happened. Plus CONTACT The Governors Office making Him AWARE of These Blatant Violations. I would like to Be Transfered if Not Acknowledged before Irrepairable harm Befalls me.

1). There is Know Cameras in The Dietary And Numerous Incidents have Occured where As The Only Side heard is STAFF's OR Employee's Sides. Inmates have been Charged with Assualt And Transfered Wrongly.

2). Correctional L.T.'s + Officers have Assualt Inmates While in HandCuffs And Their Version of The Incident Is'nt Correctly heard.

3). The Majority of The White Correctional Employee's Here Need Sensituirty Training because They Think They Understand Racial Diversity but They don't, And The are Totally Racially Indifferent to Blacks + Hispanic's Here.

My Needs And ARE IN Violation of The Illinois Department of Corrections, Administrative Directory Rules And has Violated Federal And State Laws And I WANT Every Persons Involved held Accountable by A Court of LAW.

I Sent AN Emergency Grievance to The Chief Administrative Officer ON 1-31-13 because I Am having "Nagging" Headaches, And Medical Discomfort That I Can't even Explain "whereas" I WAS'NT before. This Medical Proffessional Discontinued My Medication, _____ As pirin 81mG Chewable. _____

I Also Asked That Wexford Medical I.V.S.C. be Notified About my Complaint, But either The Chief Administrative Officer does'nt believe This Problem, don't Need to Addressing or whoever (K) The Entire Pill Services Department is violating my Grievance Procedure Rights. Therefore I WANT The United States District Court to Hold every Employee Involved of These Violations Accountable by The full Law on.

This is Just Another Abuse of Individuals Misuse of Their Authority And They have to be held Accountable before IRREpairable HARM befalls myself any Further As well As others.

J-13-412

Date: 3-8-13    Offender: Elzie Johnson    ID#: A62145
(Please Print)

Present Facility: Jacksonville C.C.    Facility where grievance issue occurred: Jacksonville C.C.

NATURE OF GRIEVANCE:    Violation of Adm. Directory Rules

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] ADA Disability Accommodation
- [X] Staff Conduct
- [ ] Dietary
- [X] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [X] Other (specify): ___

- [ ] Disciplinary Report: ____
    Date of Report ____    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
    **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    **Chief Administrative Officer,** only if EMERGENCY grievance.
    **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name of identifying information for each person involved):

ON 1-31-13 I E. Johnson #A62145 Filed AN Emergency GRIEVANCE Concerning The Institu- tion's Male "Doctor" without WARNING OR A Reason given me Discontinued PART OF MY CHRONIC Illness Prescribed Medication for Hypertension High Blood Pressure causing me Continued Physical + Mental Pain. Plus Suffering. This Doctor + Clinical Services Personel are Deliberately Medical Indifferent

Relief Requested: I want every Person Involved held Account Able for Medical Deliberate Indifference. And the The Administration for Trying to Cover it up.

- [X] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Elzie Johnson    A62145  3-8-13
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

| Counselor's Response (if applicable) |
| --- |

Date Received: ___ / ___ / ___    [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name    Counselor's Signature    Date of Response

| EMERGENCY REVIEW |
| --- |

Date Received: 3 / 11 / 13    Is this determined to be of an emergency nature?
[X] Yes; expedite emergency grievance
[ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

3 / 11 / 13
Chief Administrative Officer's Signature    Date

Inmate Issues

JUL 2 - 2013

*Medication Re-prescribed*

Distribution: Master File; Offender    Page 1    DOC 0046 (8/2012)
Printed on Recycled Paper

5-7-2

| Grievance Officer's Report |
|---|

Date Received: ___04/25/13___    Date of Review: ___05/07/13___    Grievance # (optional): _J13-4-12_

Offender: ___Johnson, Elzie___                                                    ID#: ___A62145___

Nature of Grievance:     Medical Treatment, Staff Conduct

Facts Reviewed:     Facts reviewed include Offender's grievance & response from Eli Goodman, MD

Offender alleges that the facility physician (Eli Goodman, MD) discontinued his hypertension medication and 81 mg chewable aspirin; displaying "medical indifference."

The facility physician, Eli Goodman, MD, responded by asserting that he did not discontinue the offender's hypertension medicine. The offender received order 1/13 (10 mg amlodipal po daily). Dr Goodman further notes that the Offender's BP's have been low-normal. The Offender refused his Hep C clinic in 2/13 at which time there would have been an opportunity to reassess high blood pressure. Dr Goodman also states that there is no medical indication for aspirin Rx and that the risks would outweigh the benefits and it was discontinued.

Recommendation:     Based upon a total review of all available information, it is this grievance officer's recommendation that the offender's grievance be denied as the offender is receiving on-going medical treatment and medication.

___S Shipley CCII___                                    _SShipley CCII_
Print Grievance Officer's Name                          Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: __5/13/13__       ☒ I concur    ☐ I do not concur    ☐ Remand

Comments:

_____                                            _5/13/13_
Chief Administrative Officer's Signature                              Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____          _____          _____
Offender's Signature                        ID#                              Date

Inmate Issues

JUL 2 _ 2013

OR EVEN Death, AND Doctor Eli Goodman
And The Health CARE Administrator
both were and ARE Deliberately
Medical Indifferent to my Condition
Knowing it to CAN CAUSE PAIN
And Suffering which I've had
Since This Action.

Fact: Medication DisconTinued is:

      81mg Chewable Asprin
      10mg AmLODIPINE BES

Conclusion: JacksonviIles CorrecTIoNAl STAFF who's
Assigned to handle These Grievances
And did'nt, Including WARDEN AUSTIN
has to be Disciplined for Violating
DepartmenTAl Rules As Well As The
InmaTe's Civil Right's GuaranTeed
Them by The UNiTed STaTes ConsTi-
TuTion.

Also; The Same has to be Aplied when
Dealing with The ABUSE OF Authority
By LT BARField, Officer EVANS Clothing
Room Supervisor, White AND Officer
McMillin. All parTies Knowing ThaT
My Claim about my Personal BooTs was
NoT Checked, AND TAKEN ANYWAY. USED
Their Position Under The COLOR OF LAw
To do so be Held AccounTAble with A
Suspension without Pay 'OR' Charged with A CRIME.

"CONTINUED"

Since 1-2013 I've been HAVING Sweats, Severe HeadAches, Shortage of BReath And other PAIN + Suffering That Medically I don't KNow How to EXPlain, And because I had filed A Grievance Against DR. Goodman + The Medical AdministratoR about Their Deliberate Medical Indifference They have Refused Me Medical Treatment Knowing That Their Medical Indifference Can And Will Cause harmful Results If Not Death.

Also, I had ask in my GRIEUANCE That Wexford Medical INC. be Notified as of my GRIEUANCE AND Complaint being Lodged And Counselor Killabrew Under his Review Refused to Process my GRIEUANCE, AND The Other GRIEUANCE I had WRitten "But "Cherf AdminisTratin OFFICER "WARDEN AUSTIN "I Believe Knowing That These ISSUES who Show his INAbility to Administer Direction to These EmPloyeers And They Would Follow Them Also Violated ILLINOIS Department of Correction Rules + STATE Law because he even Refused to Answer Them Even As Emergency Matters, Now This AdministratoR hAs been Appointed Deputy DirectoR.

Behavior.
OFFICER EVANS, L.t. BARfield Clothing
Room Supervisor White AND OFFICER
McMillin are The Employee's Involved
with The Illegal TAKing of My Personal
Boot's "FACT" They only Issue Boot's
to Inmates with Assignments That
Need Them. I've Never had That
Assignment, And for That Reason The
Staff will Not Process My Grievance
ON That Issue.

FACT: I've forwarded my Grievance about
OFFICER LAWSON of The 11 to 7am Shift
Assualting Me to The Governors
Office AND I HAV'NT Gotten A
Response, 120 day or so ago.

FACT: I've been Taking High Blood Pressure
Medicine for close to 14yrs If NOT
MORE AND Doctor Eli Goodman MD
Discon'Tinued Both Medication's Since
4-1-2013 because AFTER I file A
Grievance about The FIRST Medication
being DISCONTINUED without Explination
I Refused to See Him Personally
at HyperTENTION Clinic AND I Refused

FACT: "Also" it WAS A female Doctor who
I had Seen from The Begining AND
This Doctor Did Nt Discontinue any
Meds.

FACT: HyperTENTION / High Blood Pressure is A
Chronic Illness And Can Cause A "STROKE

6-18-2013

This STATEMENT is TRUE And Correct
to the best of my Knowledge Under
the Penalty of PERJURY.

I've Filed 5 GRIEVANCES Threw This
Administration Since WARDEN AUSTIN
has been Chief Administrative Officer
"AND" They were on AN Emergency BASIS
but he failed to have Them Answered in The
Aloted Time FRAME Given All Inmates And
Employee's By Illinois Department of Correct
ions Administrative Directory Rules Governing
The GRIEVANCE PROCEDURE "Also" Counselor
KillaBREW "NEVER" Processed ANY of The
Grievance's Myself And others Submitted
To The Institution Further Hindering
Our Efforts to get OUR ISSUES Resolved

I've Filed A GRIEVANCE Concerning
PERSONAL PROPERTY "Boots" That was TAKEN
from me "because" I WAS being ReTAliated
Against For Fileing GRIEVANCES Against
Some of the Employee's "FACT" This
Institution Never ISSUED me A PAIR
of Boots But UNDER The THREAT of
being FORCED DOWN And Boots TAKEN
Plus being Put In Segregation With
Maybe A Security TRANSFER All
because I've Filed A Complaint About
Their Behavior And They've been Allowed
to get Away with They're ABUSIVE

If Investigated by Outside Sources The Department Of Corrections would See Just how Wide Spread Their Violations goes.

Not only myself has been Affected by This violation but The Rest of The Inmate Population Also, And it was During The Newly Appointed Deputy Directors, WARDEN Austins' WATCH.

Please Address These ISSUES AND Send me A Response As Soon As Possible before IRREPAIRABLE HARM Befals ME because of This Administrations INACTIONS.

THANK You!

Foot Note: I Can't GET My GRIEVANCE Processed Through The Clinical Services Department here. This is Not Just me, but The Other Inmates to.

COUNSELOR KILLABREW IS ONE of The Sources With Cooperation by All Other Alleged Correctional STAFF Employees.

DEF : 00019

| Date: 6-27-2013 | Offender: (Please Print) Elzie Johnson | ID#: A62145 |
|---|---|---|
| Present Facility: Jacksonville C.C. | Facility where grievance issue occurred: Jacksonville C.C. | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___
  Date of Report          Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

This is A Re-cap Grievance About All My Grievances AND Complaint's Addressed to The Director's Office because, All The STAFF Who ARE being Singled Out ARE AND IS ABUSING Their Authority Under The Color of LAW to Prevent Actions Against other Correctional STAFF AND to Violate The Inmate's United STATES Constitutional Civil Rights by Simply NOT Processing Inmate GRIEVANCES.

Relief Requested: I WANT My Grievances heard AND Answered, Plus They Denial of Processing Inmate GRIEVANCES be Addressed AND Actions TAKEN Against The Violators.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Elzie Johnson                    A62145    6-27-13
Offender's Signature              ID#       Date

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

| Date Received: ___/___/___ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

~~Inmate Issues~~

JUL 2 2013

| Print Counselor's Name | Counselor's Signature | Date of Response ___/___/___ |
|---|---|---|

---

### EMERGENCY REVIEW

| Date Received: ___/___/___ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

Chief Administrative Officer's Signature                    Date ___/___/___

Matters without a Response leading the Institutions Population to believe that Collectively they don't have to answer for the many Violations Occuring here.

Only (1) Complaint was Answered by this Administration Concerning 11 to 7 Shift Officer Lowson "Assaulted" me by Hitting me in the Chest with a I'D Card, I seen the Internal Affairs L.T. who Simplely Said that he would Check in-to-it. A Reply was sent to the Govenor's Office on Prison Affairs Asking them to have "Director Gordenez" Investigate this Issue as well as all the Other Allegations that are being brought against these Staff Persons.

I am being Retaliated against because of My Asking that this Officer be Charged with Assualt.

Also, I've Never Seen a Counselor in 9 Months. I've had Personal Boots taken from me under the Threat of being Put in Segregation if I don't give them up "and "they" Clothing Room Officer McMillin via Supervisor of the Clothing Room "Plus" L.T. Barfield who Sign his name to the Direction for them to do so, and most Importantly Officer Evans who started this Boot Situation all Collectively are Using their Individual Compasities, under the Color of Law to Violate the Illinois Dept. of Corrections Administrative Directory Rules Plus the Inmates Civil Rights "Why" Because Everybody they are taking Boots from, wasn't even issued Boots from this Institution, but these Individuals don't Care and the Wardens are Allowing this Practise So Far. "Continued"

DEF : 80017



ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 6-11-13 | Offender: (Please Print) Elzie Johnson | ID#: A62145 |
|---|---|---|

| Present Facility: JacksonVille C.C. | Facility where grievance issue occurred: JacksonVille C.C. Civil Rights ViolatioN |
|---|---|

**NATURE OF GRIEVANCE:**

- ☒ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☒ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Other (specify): Deliberate Medical Indifference

☐ Disciplinary Report: ___/___/___
Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

SiNce ARRiViNg to JacksonViLL CorrectioNAL CeNter iN Sept 2012 I've WritteN SeveraL GreiVances to This AdministratioN for ANswering And The AssigNed UNit CouNseLor (KilLabrew) WouLd Not Process OUR Complaints KNowing to be VioLating The INmates Rights to This Procedure. We SeNt EmergeNcy GrieVances to WARDEN AustiN "I did" 5 times ANd EveN Spoke with him CoNcering SeveraL of These —

Relief Requested: I WANT These ISSUE Addressed, If NOT TheN I WANT CRiMiNAL Charges Filed AS Of Why Not. CoNTiNUed

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Elzie Johnson | A62145 | 6-12-13 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

### Counselor's Response (If applicable)

Date Received: ___/___/___

☐ Send directly to Grievance Officer
☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

~~Inmate Issues~~

JUL 2 2013

| | |
|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

### EMERGENCY REVIEW

Date Received: ___/___/___

Is this determined to be of an emergency nature?

☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature _____ Date ___/___/___

Reason For Not Answering Our Grievances They Seem to Always be Upheld By Either The Illinois Department of Corrections Administrative Review Board OR The Office of Inmate Issues.

I am Concerned for My Well being Now because, The Chief Administrative Officer "WARDEN AUSTIN" Just Been Promoted to Deputy Director AND That Could have been one of The Reasons why he Never Compeled The Counselor to Process OUR GRIEVANCES So that his Actions might have hurt his Chances of This Promotion, "But" Every Clinical Services Counselor" Know That it's Their JOB Under Departmental Rules + Regulations to Process Inmates Grievances Reguardless of Right or WRONG, AND It Not Done In The Guidelines of The Department of Corrections Then LAW Court Rights of That Person OR Indivisuals are Therefore Violated.

Jacksonville Correctional Center is Not A Bad Institution, But The Staff Who ARE mostly White Indivisuals who ARE Racially Indifferent to Blacks + Hispanics AND Really Needs EXTRA TRAINING In That field.

I would like This ISSUE Answered Immediately because I fear Retaliation by The Correctional Employee's.

"AND "I WANT To Re-Interate again My GRIEVANCES ARE NOT Being Processed Properly, And These are Just Some of My ISSUES.

DEF : 00015

| Date: 6-11-13 | Offender: (Please Print) Elzie Johnson | ID#: A62145 |
|---|---|---|

| Present Facility: JACKSONville C.C | Facility where grievance issue occurred: JACKSONville C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

- ☒ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility

- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator

- ☐ Restoration of Good Time
- ☒ Medical Treatment

- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Other (specify): _____

☐ Disciplinary Report: ____/____/____
　　　　　　　　　　Date of Report 　　　　　　　　Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

All of These Charges INCluding my Medical ISSUE WASN't Addressed Since Dec. 2012. ONly AfteR Re-writiNg The Grievances did I begiN to StaRt hearing Something.
But Let it Be Noted That ISSUES Not haNdled WithiN A 60 dAy PeRiod ARE Almost Always DeNied. ANd Regourdless of The INstitutioNs →

Relief Requested: I WANT my Boots Replaced or Paid foR I WANT my MedicatioN Restore ANd The Doctor held AccounTable foR Medical Deliberate →

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Elzie Johnson | A62145 | 6-12-13 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

2nd Afferrence

---

**Counselor's Response (If applicable)**

Date Received: ____/____/____

☐ Send directly to Grievance Officer
☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: _____

**Inmate Issue**

JUL 2 2013

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

---

**EMERGENCY REVIEW**

Date Received: ____/____/____

Is this determined to be of an emergency nature?

☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| Chief Administrative Officer's Signature | Date |
|---|---|

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: _Johnson_ _Elgie_ _____ _A 62145_
Last Name     First Name     MI     ID#

Facility: _Jacksonville_

☑ Grievance: Facility Grievance # (if applicable) _____ Dated: _2/27/13_  or ☐ Correspondence: Dated: _3/18/13_

Received: _07/2/13_ Regarding: _Multiple Grievance Medical/Staff Conduct_
Date

The attached grievance or correspondence is being returned for the following reasons:

Additional information required:

☐ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:   Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL   62794-9277

Misdirected:

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL  62706

No further redress:

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☑ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____.
Date

☐ No justification provided for additional consideration.

Other (specify): _____

Completed by: _T. Keen_          _Keen_          _7/14/13_
Print Name          Signature          Date

Distribution: Offender
Inmate Issues

Printed on Recycled Paper

DOC 0070 (Rev.4/2013)

Inmate Issues
FEB 2 0 2014

Know other Choice but to FILE my CHARGES with The UNITED STATES DISTRICT COURT, IF You Do NOT INTERVENE Under your AuThority AND Compel These PRISON OFFicals to "ABIDE" By Administration DirecTory Rules of THE Illinois DepARTment of CorrecTions AND by Illinois federal AND STATE LAW.

DirecTor Godinez, I Remeber you when you WERE AssiTant WARDEN OF PROgRAMS AT STATEVille C.C. when times were WAY WAY Tougher Then They ARE Now, AND Also, WE Bumped INTo EAch OTher AFTER my RELEASE At The LOUIS Joilet MAll AND I Am Hoping that you See me AS a Pretty DecenT DUDE.

ANYWAY, They won't let me SubmiTt for PermanENT PARTy / WORK-RELEASE, WbRK-CAMP, AND OuTside Clearence to WbR IN The Administration Building, E.C.T. IF you look At my Backround I have been IN Minimum Security Every Incarseration even with you, AND All I WANT is Proper ConsideraTion, NOT DiscrimanaTion.

DEF : 00003

9-5-13

Inmate Issue
FEB 2 0 2014

# DIRECTOR GODINEZ:

I have filed GRIEVANCES against Some OF JACKSONVILLES CORRECTIONAL Employee' AND by doing So Because of There Relative Relationships I HAVE been RETALIATED against for DOING SO.

THE CLINICAL Services DEPARTMENT had Refused to Process many of MY GRIEVANC When They WERE ON Employee's, Also Various other Inmate's has had This Same Problem CONCERNING our Right's to USE THE INMATE GRIEVANCE PROCEDURE ONE COUNSELOR, COUNSELOR Killabrew Simply did NOT Do Them At All, AND Dispite POINTING This OuT To The Then Chief Administrative OFFICER "WARDE AUSTIN, AND ASSIT. WARDEN BROWN OF PROGRAMS Some ARE STIll NOT ANSWERED" OH DIRECTOR Godinez, I Notifi'ed The Administrative Review Board/Office of Inmate ISSUES AND EXPLAINED WHAT WAS Occuring AND That Office ONLY Denied My Issues without AN INVESTIGATION

NOW MR. DIRECTOR I'am left with

"NEXT"

I went on Record in Health CARE That I did'nt WANT to be examined by Docto Goodman because he seems to DissAgree with my Medical Pains "OF" Severe Sweating, Severe HeadAches, Black-ou or CONtiNued Dizziness, Shortages of breath At Times And Nosea, HE would Always SAY That, I DON't See it.

This Doctor, The Health CARE Administra tor Along with Counselor KillAbrew AND The GRIEVANCE OFFICer of This InstItution, JACKSONVille, And The PERSONS of The Administrative Review BoARD/OFFice OF Inmate Issues. all hAd A Part in The Deliberate InDifference of my medical Needs AND "RETAliation" in Their OFFicial Compasities.

Before ANY further HARM BeFAlls ME, I PRAY That This Honorable CouRT Finds All These DeFendants Guilty, AND GRANT me The Relief Requested. $50,000 Dollars From EAch Defendant

Since 4-?-13 I hau'nt had
My Prescribed Medication For
High Blood Pressure And other
Related Symtoms of Hypertention
because DR. Eli Goodman And
Health CARE Administrator Suebre
Collectively along with other
Prison OFFicals Was Deliberately
Indifferent to My Medical Needs,
And another Reason is That
I filed Several Emergency Grievanc
because by me Not taKing my
Medicine I have Continued to
Suffer without Relief.

Myself And This Doctor could
Not Agree about My Medication
even Though I Continuely made
This DoctoR And The Prisons
Administratiue PersoNel Aware
of my Continual Suffering,
Plus Wexford Medical Inc.
who's Company The Medical STAFF
WorKs Through, WAS NeueR Contacte
about My Medical Complaint even
While I ASKED in My GRieuance
That They do So, They Refused.

2-13-14

TO: Administrative Review Board /
       OFFice of Inmate Issues:
FROM: Inmate Elzie Johnson #A62145

In Reguards to Griedance Concerning (Clothing) and
The Issuence of STATE White Tee Shirts, STATE
White Boxers, and Socks, Jacksonuille Correctional
Center STill Refuses to Issue me another
Issue even Though it has been ESTABlished
That I Am Indigent, and, Also The Chief
Administratiue Officer. Agree's.

In Reguards to The Second inclosed Grievance
concerning The Postage of my Mail And why
it WAS opened in The First Place is Proof
That Clinical Services Department from The
Counselor to The Superuisor will Not
Investigate matters when Correctional STAFF
or Employee's here are Refered to.
        (Enuelope Inclosed)
              Plus Letter That WAS SenT to
Director Gordinez.

Inmate Issues
FEB 2 0 2014.

Summation

1). Plaintiff Elzie Johnson was Prescribed AmLODIPINE BES. 10mg TAB, And 81mg Asprin on 10-1-2012 By Dr. PIPER-LOLENG, JAZZCELYN, STATEVILLE C.C. N'R C CENTER.
   SEE Exhibits 36, 37, 38, Plus Med CHARTS

2). Plaintiff Transfered into Jacksonville C.C. on or about 10\23\12 AND WAS Assessed At That time by R. N. S. WATTS, See Offender HEALTH Status Summary.
   Exhibits, 39, 41, 42,

3). Despite Records Showing Dr. Goodmans STAmped Signature, I Never was Examined by This Indivisual Until on "or" about 1\24\13 when Several Inmates Including Myself Came down with Flu-like Systoms And was Seen by Dr. Goodman at that time And Admitted into the Prisons Infirmary And again when he Discharged me on "or" about 1\27\13.

4). The Medical Persons NAme who's Signature Appears on "Offender Outpatient Progress Notes pages 44, 45, 46, was The Attending Physician that I was being treated by, Not Dr. Goodman.

). Plaintiff found out After being Discharged from Infirmary that "one" of his Medicines had been discontinued by DR. Goodman And Tried Speaking to him Concerning the matter, his only Response was that, "I don't have to Explain Myself to you."

6). Plaintiff Then Sent Institutional Request Slip to Health CARE Administrator BECKY SUDBRINK but She would'nt Respond back Concerning the Matter.

7). Plaintiff Then USEDED The Institutional Inmate GRievance PRocedure to Understand why This Doctor Discontinued his 81 mg Aspirin, Only to not have it Processed by UNit Correctional Counselor JeREMY KilleBrew or Any other Clinical Services Personel.

8). Plaintiff had Ask That Wexford Medical Inc. be made aware of DR. Goodmans Conduct, And IF he's Wrong, to be Suspended or fired, And Held Accountable by a Court of LAW, The Grievance was never Answered but Next My Hypertention Medication was Discontinued.

9). Plaintiff Refused Any Treatment that Dr. Goodman Prescribe because he was ReTaliating against me

for Fileing Grievance against him, I believed that
DR. Goodman was DEliberately Indifferent to my
Medical NEEDS.

DR. Goodman Tries to Show IN Medical Records
where He ORDERED Blood Pressure Checks And the
Court Will See That "it is NOT TRUE", Why, because when
you take Checks They write down the Results,
And IF I Refused to TAKE These CHECKs "I would
have either Sign^ed A Medical Refusal, And Also
Your Honor" A NURSE + Correctional Officer or
other Personel will Witness that the Inmate
did Not Sign the Refusal as of what was
being Refused.

Dr. Goodman Says That when I Refused Hep-c
Clinics Examinations I Could have been further
Evaluated for High Blood Pressure.
Again Your Honor, Expert Witness Concerning
that Process is Not How I.D.OC. NURSES AND
Doctors And HealthCARE Administrators Explains
That Rule, You have to only be Seen for what
you ARE there for at that time, IF you have
another Problem, you have to Request to See
them for that, Not during Something Else,
    CHECK This Procedure with Expert I.D.OC.
Personel Independent of This Issue.

Plaintiff Did not have Hypertention Medicine for
Close to 1yr, And because Dr. Goodman during that
period was only wanting to Treat me for Hep-c,
and would not Explain to me why he was
taking Such Actions against me by Discontinuing
Both Prescribed Medications, I Refused All Treat-
ment by Him.

When I did Agree to See Dr. Goodman, it
was because I Spoke to The WARDEN OF The
Prison about My Grievances And Dr. Goodmans
And Becky Sudbrinks Actions in the matter,
"Plus" during Those times I was feeling
Sicker Than I Ever felt in my life. I was
having Sweats, I Seemed to be about to Black-
out, Continued HEADAches, Et. Al. And other
Systoms That I Just Could'nt Explain And
when I Finally had the Chance to TAlk with
Dr. Goodman about Them, His Response was,
I Just Don't See it" "I Just Don't See it.

11).  Plaintiff went So FAR As to Ask DR. Goodman
if in fact HE was "CURED", DR. Goodman Simply
would not Respond to me, but The Court can
look at All Exhibit's, And Question Medical
Experts About HyperTention/High Blood And SEE

A Strange Behavior by Dr. Goodman after Grievances were Filed against Him.
I Never Recieved Blood Pressure Checks for Continueos Days by Any Medical Personel to Determine if my Blood Pressure was "High" or "Low", despite what is written in Their Medical Record.

In April. 2014 Almost a year Later I was Called to Jacksonvilles Healthcare Unit to Speak with Ms. Sudbrink Again, And At that time I was asked if I would like to SEE the Attending NURSE Practioner Concerning my Health Issue's, I agreed, And I was ASK to Sign a Consent For Medical Treatment, I did.
See Exhibit's, 85, 87, 88, 89, 90, 137

At That Time when I first Started Speaking with Practioner I believed that She had been told to Not Examaine me for Hypertention/ High Blood Pressure but After Explaining All that had happen Plus The Systoms I had been Experiencing She Prescribed Vasotec 2.5mg day. x 6mos.

Court Should Note That: Practioner WRote into The Medical Records What She Thought Their reason was for Discontinuing Blood Pressure Medicine. See Exhibit's, 88,

12).

Plaintiff was Transfered days later from Jacksonville to East Moline C.C. 4/2014, And later on during That Month or about the Next one 5/2014, Attending DR. RANKIN Boosted my 2.5mg Vasotec to 20mgs whereas I am Still taking it Today 1-2-15 and Still have some of The Same Symtoms I Explained in my Grievances and to Dr. Goodman during that time.

As Defendants STATES, At Least Their Attorneys Your Honor that I don't have Full Knowledge of my CHRONIC Illness Hypertention/High Blood Pressure, but one Thing I do Know is That, when I Go to See Any Doctor That's Treating Any Sickness That I am having, The Doctor Relies mostly on you telling Him/HER what's going on with you, And That's what I Did.

Also, Plaintiff doesn't Know much about LAW, And How to Show what my reason was for Fileing This Claim, but DR. Goodman was Medically Indifferent And The Department of Corrections Counselor's Warden, Administrative Review Board And Director All Played A Part in A Remidie And I Suffered during that time with Pain Also. I Believed that in doing so Could HAVE Caused me to HAVE A STROKE or Even Died.



#15 CN

AMLODIPINE
BES 10 MG
CAD/ZYD
MM7931
03/14

4.2.17

## BOSWELL PHARMACY SERVICES DEA# BB5804542
131 Schoolhouse Road, Jennerstown, PA 15547 • 1-888-688-3288

Rx# 9790347-4      3/29/2013   04/13/13   PIPER-LOLENG, J
JOHNSON, ELZIE    A62145
TAKE 1 TABLET BY MOUTH        *REF 7 DAYS BEFORE 4/13/2013
DAILY X 5 MONTHS

15 TAB Total Qty      0 REFILLS      AMLODIPINE BES 10MG TAB
15 TAB - Each                        9790347    JOHNSON, ELZIE
                                     11/14/12   03/29/13   04/13/13
AMLODIPINE BES 10MG TAB
Generic for: NORVASC              68382012305 ZYDUS
1 of 1        ACQ JMM  BTS JACK   JACKSONVILLE CORR CTR



